RECEIVED

FEB 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

FILED

FEB 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK



# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Miguel G. Sifuentes (T91230)
(Name of Plaintiff)
San Quentin State Prison /3N75 /1 Main St.
(Address of Plaintiff)
San Quentin, CA 94974

vs.

Dr. Ola, CDCR, et al.

_____

_____

(Names of Defendants)

1: 16 CV - 00241 DLB PC
(Case Number)

COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

    B. If your answer to A is yes, how many?: **N/A** Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

_____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?    ☑ Yes    ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
                                                                 ☑ Yes    ☐ No

   If your answer is no, explain why not _N/A_____

_____

C. Is the grievance process completed?    ☑ Yes    ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant ____Ola_____ is employed as _a doctor_____
                               at _PVSP_____

B. Additional defendants _____
   1) PVSP Health Care Services CMO, other involved doctors and nurses
   2) Dr. Ola's direct supervisor, HCS director
   3) CDCR Director
   4) unnamed "medication pass" nurses
   _____

   _____

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

See Attached

_____

_____

_____

_____

_____

_____

V.    Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

See Attached

_____

_____

_____

_____

_____

Signed this __16__ day of __February_____, 20 _16_.

_Miguel Sifuntes_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_2/16/16_____
(Date)

_Miguel Sifuntes_____
(Signature of Plaintiff)

3

# 1. Statement of Claim #1.

## Petition for an Order Relieving Plaintiff from the Provisions of Gov. Code 945.4 (claims presentation requirement)

This petition raises both a state tort claim ("negligence"/"mistake") and a federal constitutional claim (8th amendment cruel and unusual punishment, "deliberate indifference"). This state claim first regards the California Victim Compensation and Government Claims Board denial of plaintiff's application for leave to present a late claim. Plaintiff here contends that the claim was not "late", and even if considered to be so, the time delay itself was caused by PVSP's continued medical and administrative actions and PVSP should not then be allowed to benefit from their own malfeasance. That is, by utilizing the delays of their purposeful actions as a basis to reject my claims as late. None of this was evaluated by the CVCGCB in their denial. (See Exhibit G, Gov. claim denial.)

## Plaintiff's Claims were not "Late"

This case reduces down to two basic facts overall — 1) within 3 hrs and 20 minutes of the incident, Dr. Ola noted that I had a "possibly perforated (penetration of) abdominal wall" and yet still "medically cleared" me after simply suturing the wound with no further significant diagnosis or treatment (See Exhibit B, p. 15 PVSP reports and CDC 114-D) and 2) this was merely the first instance in a pattern of "deliberate indifference" to my serious medical needs which continued for months beyond the initial May 29, 2014 incident into 2015. (Exhibit H)

I have continued to suffer the consequences to my mental and physical health since treatment was initially denied on May 29 and have had to focus on an unnecessary recovery from an assortment of complications caused by defendants. I filed the initial administrative complaint, nonetheless, on June 30, 2014 and defendants were certainly "on notice" of my intention to file suit since then. Further, once I filed the government claim on May 27, 2015 also despite defendant's impediments, I was still well within any 6 month time limit as plaintiff's

1

actions <u>continued</u> well into 2015 (Exhibit H) and were part of one pattern.

Initially, from May 29 through the July 10, 2014 release from the PVSP infirmary, plaintiff did as would any "reasonably prudent person" and focused not only on recovering from unnecessarily extreme injuries, but also on the very real and continuing threat to my life of relapse. My continuing post-op abdominal pains were once again being ignored and not significantly addressed (in diagnosis or treatment) by defendants in numerous instances that continued for months into 2015 and well beyond any 6 month time limit. (Exhibits B-Emergency Appeal) and Exhibit H-Request for Treatment) This also constitutes plaintiff's "mistake" or "excusable neglect" that is, regarding his "late" filing.

<u>Plaintiff's "Mistake" or "Excusable Neglect"</u>
<u>before "Late" filing Submitted</u>

During this time (from May 29 to July 10), plaintiff genuinely believed (as plaintiff does still contend now) that this 6 month time limit for filing the government claim form hadn't yet begun to run due to this continuing lack of care and violations. During plaintiff's recovery **after** July 10 through the approximate November 29, 2014 deadline, plaintiff also mistakenly believed that the unresolved 602 administrative process needed to first be exhausted. Plaintiff also notes, however, that even here defendants did not address and purposely delayed even the administrative process. (Exhibit C)

In fact, throughout this time, impediments, and focus on my health and recovery plaintiffs actions to make a timely filing went beyond mere "mistake" or "excusable neglect." Plaintiff's actions demonstrated diligence toward pur-

2

suing these claims.

## Plaintiff's Diligence in Pursuing the Filing of these Claims

Plaintiff demonstrated diligence throughout the above circumstances, throughout plaintiff numerous documented requests (Exhibits B, C, and H), 602 complaints, and plaintiffs family calls and visits regarding the status of his health and receiving of the necessary 602/government claim forms.

To then recognize plaintiffs "late" filing and his steps toward filing as, in fact, delayed in any way by all the circumstances caused by defendants actions ✱ (which continued, through the initial approximately 32 day "delay" in filing the June 30 602 complaint, the additional 10 days of "delay" toward the 6 month filing deadline for the government claim form before release from the PVSP infirmary on July 10, 2014, the remaining approximately 4 months and 19 days until the approximate deadline of November 29, and the months-long period of recovery still afterward) is to recognize as excusable any further delay also caused by defendants "deliberate indifference."

That is, such a partial recognition of the delaying effect of defendants initial actions (on May 29) necessarily recognizes the same overall and over time. Defendants not only caused the initial incapacition and physical inability to file, but also all the resultant health problems and delays from the administration itself.

## Timeline of Events

Incapacitation. Beginning as soon as I was first seen at PVSP Health Clinic and "CTC" (on May 29 at 11:10 AM), plaintiff complained of increasingly worse abdominal pains. These complaints continued repeatedly once placed in Administrative Segregation at approximately 3:00 PM and even as the pain and blood loss from internal bleeding incapacitated plaintiff over

✱ in the continuing "deliberate indifference" to my new post-op abdominal pains and in the resulting continued focus by the plaintiff on an unnecessary recovery and prevention of relapse.

3

55 hours (2 days, 7 hours) in isolation without care. Plaintiff, over this time, couldn't sit or lay down in any one position to even alleviate the pain below an intolerable level. Once at UCSF-Fresno on May 31, plaintiff was in an approximately 2 day coma and got an abdominal infection during the 13 day hospital stay. Plaintiff was then taken to the PVSP infirmary until July 10 where he began a months-long attempt at recovery despite defendants continued actions.

Throughout this time plaintiff was in excruciating pain, extremely weak once conscious, sleeping 20 hours or more a day, bedridden, barely able to move and much less sit up with the wherewithal to file any complaint. Once conscious after the coma, plaintiff was heavily medicated with morphine, having lost 2.5 L of blood, recovering from an extremely low hemoglobin that left plaintiff susceptible to the infection, having lost 30 pounds, and recovering from the mental, physical, and emotional toll of defendants initial instance of "deliberate indifference."✱ This instance alone caused the subsequent 55 hours of, in effect, torture as plaintiff slowly bled to death.

As a result, plaintiff was put through an unnecessary exploratory laparotomy, once finally sent to UCSF-Fresno on May 31, and the resulting litany of health complications mentioned above. Furthermore, even had plaintiff been capable of filling out the complaint or government claim forms, these forms were not made available despite numerous requests. At UCSF-Fresno plaintiff was denied any forms (referred to the prison library), denied contact with family, and even denied a pencil and paper by the correctional staff. At PVSP's infirmary I was denied even a 602 complaint until 6/30 (see Exhibit F, noted at the bottom of the form)

In numerous visits to the prison, even plaintiff's family had their requests denied initially — for the forms to be given to plaintiff, to be allowed to visit plaintiff, and even to ensure plaintiff was receiving denied treatment for continued abdominal pains and for low hemoglobin levels. (Plaintiff had repeatedly requested iron supplements to raise his hemoglobin due to extremely low energy.) Instead, they were repeatedly told that prison officials responses couldn't be used in a lawsuit. For this reason alone, prison

✱ Exhibits B, D, E, and F

**4**

officials were more than "on notice" of plaintiffs intention to file a lawsuit. Furthermore, this defensive posture after having already nearly caused plaintiffs death, while now continuing to deny treatment and further endangering plaintiffs life, while prioritizing instead their legal defense, all continue to show defendants repeated "deliberate indifference." To then instead claim plaintiff is technically "late", through the government claim board is fundamentally unfair and wrong.

(Incidentally, plaintiff notes that the only reason this isn't a wrongful death lawsuit stemming from the new, post-op abdominal pains is because plaintiffs condition didn't happen to worsen for some unknown reason. That is, plaintiffs failure to relapse occurred in spite of defendants continued "deliberate indifference" and NOT due to any diagnosis or treatment from defendants. Plaintiffs focus remained on his health and recovery throughout this pattern from defendants and throughout the remaining approximately 4 months and 19 days toward the deadline for filing the government claim if based only on the initial instance of "deliberate indifference." However, taking into account the entire pattern until plaintiffs transfer from PVSP on January 30, 2015 (Exhibits B, H) plaintiff then did file on a completed behavior pattern from PVSP officials /defendants within 6 months of its completion.)

## Conclusion

The principle of fundamental fairness dictates that any interpretation of the statutory construction of the rules plaintiffs timeliness can not allow defendants to **benefit** from their own continued "deliberate indifference", "negligence," and purposeful delay tactics regarding treatment, written responses to requests and complaints, and in providing administrative remedies. That is, their purposeful actions, omissions, and failures can not be used to first cause and severely worsen my injuries, to then delay my treatment and therefore my filing of my claims, and then use this delay as a reason to claim that my claims are late. How can any technical filing "mistakes" allegedly made by plaintiff due to defendants "deliberate indifference" be used to outweigh or justify defendants very real and substantive medical and administrative "deliberate indifference" in nearly causing plaintiffs death?

5

Relief: Plaintiff requests that, for all the reasons given above, this state tort claim be filed as not "late" but as one continuing pattern of "deliberate indifference," "negligence," and "mistake."

As plaintiff is pro per, he requests an attorney be appointed. Plaintiff seeks damages of 1.8 million as listed in the Government Claim form (Exhibit G) and "injunctive relief" against the CDCR for training to be provided to it's doctors, nurses, and staff on how to diagnose and treat puncture injuries such as plaintiffs.

2. Statement of claim #2: Plaintiff cites the initial instance of "deliberate indifference" on May 29, 2014 and the continuing pattern as described in claim #1 and Exhibits A-H.

Relief: Plaintiff requests, under the federal standard of "deliberate indifference," the same relief listed above for Claim #1.

6

A) 2nd Level Response



RECEIVED
I CAB
OCT 0 6 2014
HQ APPEALS



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Institution Response for Second Level HC Appeal**

**Date:** August 8, 2014

**To:** SIFUENTES, MIGUEL (T91230)
C 003 2239001UP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking/Log#:** **PVSP HC 14050779**

**Appeal Issue:**
You state on June 2, 2014 you were taken to University of California San Francisco (UCSF) Fresno hospital for emergency surgery due to a perforated bowel/intestine. You state you were being sent out to be examined, and only at the hospital was this purpose made clear. You state here at Pleasant Valley State Prison (PVSP) you had gone four days without any significant examination of your abdominal injury, and much less without any significant treatment. You state you were initially taken to B Yard medical where your injury was merely documented on May 29, 2014, at 11 A.M. or so. You state you were then taken to administrative segregation (Ad-Seg). You state throughout the four days as your intestine leaked into your abdomen, you complained of terrible pain and were merely given Tylenol 3 (codeine), told to drink water and to take the pills with food. You state this was also despite complaining that you could not eat at all. You state on May 31, you were taken (in a wheelchair) to a male and female nurse/medical staff; however, they only looked at the wound and even denied your request for a back brace to minimize the pain, and suggested you use your clothes to tie around your waist. You state finally, on June 2 after all your complaints and no longer being able to even get out of bed, you were taken to the Correctional Treatment Center (CTC) where your wound was looked at briefly by what seemed to be a doctor in a white lab coat. You state the transport correctional officer (CO) (driver) said you had to go to Fresno because Bakersfield was too far considering your condition, and several hospital doctors noted that if you would have been left here one more day that you would have died.

| | Issue Type | Action Requested | Disposition |
|---|---|---|---|
| **Issue 1:** | Other (Not Our Jurisdiction) (NOJ) | You request monetary compensation. | **Denied** |

**Interview:**
You were interviewed on August 8, 2014, by S. Navarro, Health Care Appeals Coordinator, at Pleasant Valley State Prison (PVSP) at which time you were allowed the opportunity to explain your appeal issue. There were no barriers to effective communication.

                                    TREAT AS ORIGINAL

**Response:**
The first level of review was bypassed in accordance with the California Code of Regulations (CCR), Title 15, Section 3084.7(a).

During your interview, you state you wanted the twenty three pages of notes written by the doctor in CTC on May 29, 2014, and the notes from UCSF on May 31, 2014, reviewed for this appeal.

Monetary compensation is beyond the scope of the appeals process. If you are dissatisfied with this appeal response concerning your request for monetary compensation, you may wish to contact the California Victim Compensation and Government Claims Board, P. O. Box 3035, Sacramento, CA 95812-3035."

Your request for monetary compensation is denied in that monetary compensation is beyond the scope of the appeals process.

**Appeal Decision: Denied**


DONALD B. McELROY                           Date
Chief Executive Officer
Health Care Services
Pleasant Valley State Prison

# B) Emergency Appeal



RECEIVED
I CAB
OCT 0 6 2014
HQ APPEALS

<u>COPY</u>

September 22, 2014

Mr. U. Williams:

The enclosed 9/3 note was self-explanatory. It clearly listed the supporting documents and their purpose for the <u>**Emergency Appeal**</u> (submitted on 8/31, also enclosed, and as yet unresponded to).

This <u>**DOES NOT**</u> ~~pertain~~ to my original appeal (HC-1405 0779) or the 2nd level response that you mention. The emergency appeal clearly describes the issue as a **continuing** lack of care (the "deliberate indifference") and it should have been addressed within 5 days. [See sec. 3084.9(a)(1)]

However, you claim to "not understand what (I am) asking to be done." This has been noted to be a continuation of your (and HCS) efforts to delay, return, block, and sabotage my hc appeals. You have, yourself, in fact done as you accuse me of in your 9/12 response.

That is, you have **already** by your efforts "circumvented," "impeded," and "restricted" my hc appeals. I request that you cease in these efforts, accept these documents as you are required to do, and respond to my emergency appeal.

Miguel Shifets



9/3/14

Appeals Coordinator:

Please find enclosed the aforementioned copies for my Emergency Medical Appeal which include the following:

- 1) Medical ~~Reports~~ Requests (4)

- 2) CDC-114D

- 3) PVSP Medical Report p. "15"

- 4) Hospital Report

- 5) First Medical Appeal, 2nd Level Response (not on the substance of continuing medical complaints, only "monetary compensation")

*Miguel Sifuentes*



# INMATE REQUEST FOR INTERVIEW

STATE OF CALIFORNIA
GA-22 (9/92)

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| 1/10/14 | Sifuentes T-91230 | U. Williams | | |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---|---|---|---|---|---|
| | | | | FROM | TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS | |
|---|---|---|---|
| | | FROM | TO |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

SEE ATTACHED

---

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY  U. Williams

DISPOSITION  I ~~also understand~~ what you are asking to be done. I if you
are not satisfied with your Second level Response fill out
Section F on your appeal with all original paperwork i send to (see back)

DATE  9/12/14



**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Sifuentes | Miguel | T91230 | Miguel Sifuentes |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C3-239 | / | | Pending 602 Response |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Greetings. I also wanted to ensure (from the telephone interview) that these 2 "related set of issues" (per Title 15 sec. 3084.2) are included in this appeal and responded to: 1) My "next of kin" were not notified of my "serious injury" (per ORPT 104 - Notification and Pen. Code 5022) despite requests. The failure is by the B2 counselor, his supervisor (CC II) and any other responsible staff. 2) The B2 counselor, the B-yard captain, the CS & PR, & the CDCR is liable for my injuries and continuing health effects because I've been Level II since May 2013 and no longer Level III "appropriate."

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: Ms. Navarro, Health Care Services       DATE MAILED: 8/12/14

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

SEE ATTACHED

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

The above 8/12 request wasn't responded to. On 8/29 I sent you this 8/12 request on a "GA-22" form since an 8/8 request was wrongly returned (on 8/19) citing this obsolete "GA-22". Even after resubmittal on the "GA-22" the 8/8 request wasn't responded to either. Both requests documented additional details from the telephone interview for inclusion in "appeal response. However, the appeal response (received 8/30) doesn't address the requests/the merits. HCS/U. Williams attempts to "sabotage" my appeal. I require responses for a redecision or "modification order" (Sec. 3084.7(i)). Thank You

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Miguel Sifuentes | 8/30/14 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

RECEIVED
I CAB
OCT 0 0 2014
HC APPEALS

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Sifuentes | Miguel | T91230 | Miguel Sifody |

| HOUSING/BED NUMBER: | ASSIGNMENT: | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|
| C3-239 | | HOURS FROM___/ TO___ Pending 602 Response |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Greetings. I also wanted to ensure (from the telephone interview) that these 2 "related set of issues" (per Title 15 sec. 3084.2) are included in this appeal and responded to: 1) My "next of kin" were not notified of my "serious injury" (per ORPT 104-Notification and Pen. Code 5022) despite requests. The failure is by the B2 counselor, his supervisor (CC II) and any other responsible staff. 2) The B2 counselor, the B-yard captain, the CS&PR, the CDCR is liable for my injuries and continuing health effects because I've been Level II since May 2013 and no longer level III "appropriate."

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: Ms. Navarro, Health Care Services    DATE MAILED: 8/12/14
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON    BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| C. Williams | 8/25/14 | | 8/25/14 |

① For anyone beside you or involved medical staff to be notified of medical information would require them to have a Relief of Information form (ROI). Only people with a signed ROI form may access your medical files/records ② This is a staff complaint and should be addressed through Custody.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

RECEIVED
I CAB
OCT 0 6 2014
APPEAL

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

This is our copy of the original 22 form that was responded to. It appears you copied/replicated a new 22 form. Please note this is has been noted by us as circumventing our correspondence. Such actions & may impede or even restrict you from health care appeals.

C. Williams    HCA DT

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11)

Side 1

| STAFF USE ONLY | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | | | |
| Signature: | | Date: | *FOR STAFF USE ONLY* | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): Sifuentes, Miguel | CDC Number: T91230 | Unit/Cell Number: C3-239 | Assignment: Physical Therapy T/TH |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
Too See Specialist in Post-OP Complications

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I have submitted several requests on a recurring pain in my right upper abdomen, on pains along the right side of my incision site. However, I haven't receiv- ed any significant diagnosis or treatment beyond mere ibuproten. Dr For-

B. Action requested (If you need more space, use Section B of the CDCR 602-A): To see a special- ist in post-op complications for abdominal surgeries. That I receive an ul- trasound to diagnose and treat the source of my pains. That I be gi- ven a copy of PVSP/HCS policies and procedures for diagnosing and

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

_____     _____

_____     _____

☑ No, I have not attached any supporting documents. Reason: Copies to be made asap

_____

_____

Patient/Inmate Signature: *Miguel Sifuentes*          Date Submitted: 8/31/14

| | By placing my initials in this box, I waive my right to receive an interview. |
|---|---|

---

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) :  Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):  Date: _____

☐ Accepted at the First Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

RECEIVED
ICAB
OCT 06 2014
HC APPEALS

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

| Date received by HCAC: _____ | HCAC Use Only Date mailed/delivered to appellant: ___/___/___ |
|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

**IAB USE ONLY** | Institution/Parole Region: | Log #: | Category:

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sifuentes, Miguel | T91230 | C3-239 | Physical Therapy T/THU |

A. Continuation of CDCR 602, Section A only (Explain your issue) : tune, on 8/29, examined the area and said he could only "ask" for an ultrasound, but it could be as long as 30 days if at all. This is grossly insufficient and potentially further endangers my life again. I could be bleeding internally * as I was on May 29 when I was nonetheless "medically cleared" for Ad-Seg despite a "possibly" perforated bowel. (See PVSP Medical Report p. 15 and CDC-114D) I was finally taken to the ER on May 31 for the first exploratory laparotomy after being "minimally responsive." (See Hospital Report)

This new instance of "deliberate indifference to (my) serious medical needs" demonstrates a continuing pattern of neglect. This failure even to properly diagnose much less treat the need is what brought me to the brink of death in the first place and is still unacceptable.

This poses a "serious and imminent threat to my health" [sec. 3084.9 (B)] and as such this appeal is submitted as an Emergency Appeal?

Or have a post-op complication in my intestine or other organ like my liver * as speculated by Dr. Fortune ("It could be your liver")

Inmate/Parolee Signature: _Miguel Sifuentes_          Date Submitted:
8/31/14

B. Continuation of CDCR 602, Section B only (Action requested): and treating 1) a perforated bowel and 2) post-op complications, along with a clear ruling on the merits of whether or not these were followed by Dr. Ola, Dr. Fortune, their supervisors, and the treating nurses. That appropriate disciplinary action be taken where appropriate. That I be given a copy of PVSP "Notification In Case of Inmate Death, Serious Injury, or Serious Illness" policy and procedures, told who is responsible for notification, and given a decision on whether these will be followed if my condition worsens as my family was not notified on May 29 or thereafter. That the specific policy stating that "monetary compensation is beyond the scope of the appeals process" be identified and if not identified, that appropriate monetary compensation be awarded for this continuing "deliberate indifference."

Inmate/Parolee Signature: _Miguel Sifuentes_          Date Submitted: 8/31/14

1)



STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

363553

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☑

NAME
Miguel Sifuentes

CDC NUMBER
T91230

HOUSING
C3-239

PATIENT SIGNATURE
Miguel Sifutes

DATE
8/3/14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

1) I'm requesting the results of my latest blood test to determine my hemoglobin level which is still below normal, significantly.
old and new pains persist throughout my body. Request meds, ortho shoes, strength band.
2) Also, many

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|
| ☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.) |

1)

1791850

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME  Sifuentes, Miguel

CDC NUMBER  T91230

HOUSING  C3-239

PATIENT SIGNATURE  *Mim Sut*

DATE  8/19/14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Second request to be seen for several muscle strains after abdominal surgery. Have not been educated?

*RECEIVED*
*OCT 0 0 2014*
*HC APPEALS*

NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

1)

1791854

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:  MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| NAME Sifuentes, Miguel | CDC NUMBER T91230 | HOUSING C3-239 |
|---|---|---|

PATIENT SIGNATURE *Miguel Sifuentes*

DATE 8/21/14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

abdominal strain has worsened (4 days), possibly

rib separation per physical therapist

RECEIVED CAB OCT 08 2014

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

1)

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:     MEDICAL ☑     MENTAL HEALTH ☐     DENTAL ☐     MEDICATION REFILL ☐

NAME     Sifuentes, Miguel

CDC NUMBER     T91230

HOUSING     C3-239

PATIENT SIGNATURE     *Miguel Sifuentes*

DATE     8/23/14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I was not called for an appointment yesterday (8/22) with the doctor. The appointment was for blood test results (hemoglobin level), scar pains, and a ~~lower right abdomen excruciating pain~~. I need to be seen. (previously reported)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

RECEIVED
oct 11 6 2014
APPR...

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)     Original - Unit Health Record     Yellow - Inmate (if copayment applicable)     Pink - Inmate Trust Office (if copayment applicable)     Gold - Inmate

2)

ADMINSTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

DISTRIBUTION:
WHITE – CENTRAL FILE          CANARY – WARDEN
BLUE – INMATE (2ND COPY)      PINK – HEALTH CARE MGR
GREEN – ASU                   GOLDENROD – INMATE COPY (1ST COPY)

FROM: BFB2-106U          TO: ASU-100L

| INMATE'S NAME | CDC NUMBER |
|---|---|
| SIFUENTES (HIS) | T-91230 |

## REASON(S) FOR PLACMENT *(PART A)*

☒ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☒ ENDANGERS INSTITUTION SECURITY  ☐ UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:

On Thursday, May 29, 2014, at approximately 1110 hours, an act of BATTERY ON AN INMATE occurred on the Facility "B" Recreation Yard, in which you, inmate SIFUENTES, (T-91230, BFB2-106U), were identified as a Victim, assaulted by inmates RAMIREZ, (AN-0445, BFB3-234L), and CORDOVA, (K-85741, BFB5-144L). Due to this, you are deemed a threat to the safety and the security of the Institution and are being re-housed in Administrative Segregation (Ad-Seg). However, you required treatment at the Correctional Treatment Center (CTC), and were re-housed there for treatment of your injuries. At 1430 hours on 5/29/14 you were medically cleared, and are now being re-housed in Ad-Seg. Your case will be reviewed by ICC to consider retention in ASU pending review into your assault which may result in a possible transfer. Inmate SIFUENTES is not a participant in the Mental Health Services Delivery System at any level of care SIFUENTES T.A.B.E. score is above 4.0. There are no Effective Communication issues. Your current Intergraded Housing Code is R.E. SIFUENTES is cleared for Double Cell housing.

☐ CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)  ☐ IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: ___/___/___

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 5/29/14 | J.L. BROWN | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 5-29-14 | 1515 | Eugene | | |

☐ INMATE REFUSED TO SIGN

| INMATE'S SIGNATURE | CDC NUMBER |
|---|---|
| | T91230 |

## ADMINISTRATIVE REVIEW *(PART B)*

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT'S NAME | TITLE | INVESTIGATIVE'S NAME | TITLE |
| N/A | N/A | N/A | N/A |

### IS THIS INMATE:

| | | | | | |
|---|---|---|---|---|---|
| LITERATE? | ☒ YES | ☐ NO | EVIDENCE COLLECTION BY IE UNNECESSARY | ☒ YES | ☐ NO |
| FLUENT IN ENGLISH? | ☒ YES | ☐ NO | DECLINED ANY INVESTIGATIVE EMPLOYEE | ☒ YES | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☒ YES | ☐ NO | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | ☐ YES | ☒ NO |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS ? | ☒ YES | ☐ NO | DECLINED 1ST INVESTIGATIVE EMPLYEE ASSIGNED | ☒ YES | |
| DECLINED FIRST STAFF ASSISTANT ASSIGNED? | ☒ YES | | | | |

Any "NO" requires SA assignment
Any "NO" may require IE assignment

☒ NOT ASSIGNED
☒ NOT ASSIGNED

## INMATE WAIVERS

☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER  ☐ INMATE WAIVES RIGHT TO 72 HOURS PREPERATION TIME

☒ NO WITNESSES REQUESTED

| INMATE SIGNATURE | DATE |
|---|---|
| x Refused to Sign | |

## WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| | | | |

**DECISION:** ☐ RELEASE TO UNIT/FACILITY  ☒ RETAIN PENDING ICC REVIEW  ☒ DOUBLE CELL  ☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

Inmate Presents An Immediate threat to the Safety of Self, others And endangers Institution Security. Retain in ASU Pending ICC Review, Dcc w/ Like Concern (Inmate Sifuentes was the Victim of a BAttery.)

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| A. Shimmin | CApt | 5-30-14 | 1135 | |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See Chronological Classification Review document (CDC 128-G) for specific hearing information

(3)

| DATE | TIME | |
|------|------|---|
| 5-29-14 | 2150pm | |

Procedure Note.

Procedure: Abdominal Wound Suture

Indication: Stab Injury on yard + assault.

Informed consent obtained from patient

wound cleaned and sterile drapes applied.

Anesthetics: Local lidocaine 2cc

Wound explored with cotton tipped applicator

in suture set.

✳ finding 2cm long stab wound. ✳

✳ Distal end shows possible penetration ✳
of abdominal wall.

Xray abdomen reviewed: No foreign body

procedure; 2 sutures (2-0 prolene) applied.

patient tolerated procedure.

Recommendation Plan.

Sign of infection discussed

Oral keflex 500mg qid x 10 days

Daily welfare check by RN

MD visit TTA Monday.

RECEIVED
1 CAR
OCT 0 6 2014
ATTEN

Pain mgt.

Keep wound dry 72 hrs

| INSTITUTION | HOUSING UNIT | |
|-------------|--------------|---|

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

SIFUENTES, M
T 91230
6-6-79.

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

JUN 0 4 REC'D

Confidential Saved 2014-07-08T18:31:43Z

15

4)



**CRMC**

Service Type: Surgery
Loc: 5N ICU CRMC
Admit Date: 05/31/2014
Discharge Date:

T-91230

Encounter Report

Patient: SIFUENTES,MIGUEL
MRN: 02386814   CSN: 233202124
DOB: 6/6/1979 | Age: 34 | Sex: Male
Type: Hospital Encounter

---

**Pertinent Notes (continued)**

Specimen labeled and verified per policy.

Comments:

All specimen verified with Dr. Mills

Electronically Authenticated by Kwon, Ji Y, RN on 5/31/2014 9:56 PM

| H&P signed by Higginson, Sara, MD | | | | | | 5/31/2014 8:17 PM |
|---|---|---|---|---|---|---|
| Author<br>Filed: | Higginson, Sara, MD<br>5/31/2014 8:17 PM | Service:<br>Note Time | Surgery<br>5/31/2014 7:49 PM | Author Type: | Resident | |

## TRAUMA SURGERY HISTORY AND PHYSICAL

**Admission Date:** 5/31/2014 7:17 PM   **Trauma Notification Via:** Trauma response @ 1933

**Attending MD:** Townsend, Ricard       **Time Patient Seen:** 1933

### Chief Complaint

Patient presents with

- Swelling Abdomen

  *pt was stabbed on the 5/29/14 and was seen by prision doctor, pt diaphortic, firm abd, pale,*

### SUBJECTIVE:

**CHIEF COMPLAINT (at time of evaluation):** Abdominal pain

**Pre Hospital Vital Signs:** SBP 112;       Pulse 116;  RR 18;       GCS 15;   LOC: negative

**Time of Injury / Insult:** approximately  5/29

**Mechanism of Injury:** It is reported that Miguel Sifuentes is a 34 y.o. Hispanic male patient that presented acutely to the hospital after sustaining blunt and penetrating trauma.  Patient was assaulted in prison on Thursday 5/29. The patient reports being kicked and punched and stabbed in right abdomen.  The patient was seen in prison infirmary. Sutures were placed in stab wound. No other treatment reported. Patient was noted to be minimally responsive today and was brought to CRMC by EMS for evaluation.

**Review of Systems -**

| History obtained from: | the patient |
|---|---|
| General ROS: | positive for  - chills and fever |
| Respiratory ROS: | positive for - shortness of breath |

I CAB
OCT 0 6 2014

JUN 0 2 RECD
Confidential Saved 2014-07-08T18:31:43Z

5)

 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Health Care Appeal Assignment Notice**
**Second Level HC Appeal**

**Date:** 7/11/2014

**To:** SIFUENTES, MIGUEL (T91230)
C 004 1106001LP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking/Log #:** PVSP HC 14050779
**Appeal Level:** Second
**Due Date:** 8/19/2014

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Health Care Appeals Office
Pleasant Valley State Prison



C) Appeal of HCS Appeal Practices


RECEIVED
ICAB
OCT 0 6 2014
BD APPEALS



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:** FEB 2 3 2015

**To:** SIFUENTES, MIGUEL (T91230)
California State Prison – San Quentin

San Quentin, CA 94964

**From:** California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :** PVSP HC 14051006

This appeal was reviewed by Inmate Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting:
- An Internal Affairs Investigation into U. Williams and Health Care Services (HCS) appeal practices overall and in your three appeals to find whether cited authorities have been violated.
- HCS be ordered to allow all four "related" issues (and the issues from CDCR 22 and GA-22 submittals) to be addressed in one appeal.
- A re-decision of PVSP HC 14050779.
- A modification order be issued by D. McElroy, CEO and that he and or other appropriate HCS staff respond to appeals and related requests.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your Unit Health Record were reviewed by staff. These records indicate:
- It is not in the purview of inmates to request specific action taken in regard to the conduct of the inquiry or in regard to disciplinary action against personnel. The California Code of Regulations, Title 15, Section 3084.5 outlines the guidelines for processing or referring an appeal that alleges staff misconduct. It should be noted your appeal was reviewed and evaluated by the Hiring Authority and the issue was deemed not to meet staff complaint criteria.
- California Code of Regulations, Title 15, Section 3084.6 (b) (8) states, "An appeal may be rejected for any of the following reasons which include, but are not limited to: The appeal involves multiple issues that do not derive from a single event, or are not directly related and cannot be reasonably addressed in a single response due to this fact." Additionally, patient-inmates must submit their health care issues on a CDCR 602-HC and clearly state their requested actions in order to obtain a health care appeals response. Issues that are communicated on either a CDCR 22 or GA 22 are not considered to be health care appeal issues and will not be responded to via the Health Care Appeals process.

- On December 24, 2014, a Director's Level Decision was rendered on PVSP HC 14050779. This decision exhausts your administrative remedies and precludes a re-decision.
- It is not in the purview of patient-inmates to dictate departmental action, policies or procedures.
- It is noted you submitted this health care appeal on a CDCR 602 Inmate/Parolee Appeal form which is the incorrect form to use for a health care appeal. It was converted to a CDCR 602 HC, Patient-Inmate Health Care Appeal, by the health care appeals office at your institution. It is also noted that at the Director's Level you incorrectly filled out Section F on the CDCR 602 form instead of using Section F on the CDCR 602 HC form. In the future, please be advised to use only the CDCR 602 HC form and one CDCR 602-A, Inmate/Parolee Appeal Form Attachment for health care appeals.

In order to facilitate processing in the future, you are encouraged to submit health care appeals that are in compliance with Title 15, Section 3084, Appeals.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

### RULES AND REGULATIONS:
The rules governing these issues are: California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

### ORDER:
No changes or modifications are required by the institution.

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

| STAFF USE ONLY | | | | Institution: | Log #: | Category: |
|---|---|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☒ No | | PVSP HC | 1405 1006 | 7 |
| Signature: | | Date: | | | FOR STAFF USE ONLY | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**  **WRITE, PRINT, or TYPE CLEARLY.**

| Name (Last, First): | CDCR Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sifuentes, Miguel | T91230 C3-239 | | |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A):

**SECTION B.** Action requested (If you need more space, use Section A of the CDCR 602-A):

*SEE ATTACHED CDC-1824/602*

☐ **Supporting Documents:** Refer to CCR 3084.3.

List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

☐ No, I have not attached any supporting documents. Reason :

Patient-Inmate Signature: _____ Date Submitted: _____

☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? | ☒ Yes | ☐ No |
|---|---|---|---|

This appeal has been:  Check One: Is this a recategorized/converted 1824? ☐ Yes ☒ No

☒ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter): Date: _____

☐ Accepted Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐ Yes ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: **DONALD McELROY, CEO** Title: _____ |
| 4.Comments: | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HC LOW ONLY |
|---|---|
| Date received by HCAC: SEP 2 3 2014 cc 2nd | Date closed and mailed/delivered to appellant: |

NOV 0 3 2014 Comp 2nd level

FEB 2 2015 CAB HC APPEALS

DEC 11 2014 CAB HC APPEALS RECEIVED

PVSP HC 1405 1000

**SECTION D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**SECTION E. SECOND LEVEL: Staff Use Only**

This appeal has been:
☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction): Date:
☐ Cancelled (See attached letter): Date:
☒ Accepted  Assigned to: Donald B. McElroy  Title: CEO  Date Assigned: 9/23/14  Date Due: 11/3/14

Check One: Is CDCR 602-A attached? ☒ Yes ☐ No
Check One: Is this a recategorized/converted 1824? ☐ Yes ☒ No

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____
Your appeal issue is: ☐ Granted ☐ Granted in part ☐ Denied ☐ Other:
See attached letter. If dissatisfied with Second Level response, complete Section F.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐ Yes ☐ No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ PI asked questions | Interviewer: _____ (Print Name) |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ PI summed information | Title: _____ |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | ☐ Basic ☐ Transcribe ☐ Readback | Date completed: _____ |
| ☐ DNS ☐ DD | ☐ Other: | ☐ Not reached | |
| ☐ Not Applicable | **Please check one:** | *See chrononotes. | Reviewer: _____ (Print Name) |
| | | | Title: _____ |
| | | | Signature: _____ |

4. Comments:

HCAC Use Only  Date received by HCAC: _____
HCAC Use Only  Date closed and mailed/delivered to appellant: _____

**SECTION F.** If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C. P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

See Section for N02 + 602A + # 1405000

Patient-Inmate Signature: _____  Date Submitted: _____

**SECTION G. THIRD LEVEL: Staff Use Only**

☐ Rejected (See attached letter for instruction): Date:
☐ Cancelled (See attached letter):
☐ Accepted at the Third Level of Review
Your appeal is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other:
See attached Third Level response.
Third Level Use Only  Date closed and mailed/delivered to appellant: FEB 2 3 2015

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because: (If withdrawal is conditional, list conditions.)

DONALD McELROY, CEO

Patient-Inmate Signature: _____  Date Submitted: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

**STAFF USE ONLY**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# INMATE/PAROLEE APPEAL
CDCR 602 (REV. 08/09)

Side 1

| IAB USE ONLY | | |
|---|---|---|
| | Institution/Parole Region: PVSP HC | Log #: 1405 l 00 6 | Category: 7 |
| | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, (CCR) Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Sifuentes, Miguel | CDC Number: T91230 | Unit/Cell Number: C3-239 | Assignment: Physical Therapy T/THU |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): The Appeal Process as Applied by Health Care Services (HCS)

SEP 2 3 2014 Rec 2nd

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): HCS has used delay tactics to prevent additional details (provided via the 8/3 telephone interview for HC Appeal Log # 14050779 and documented via "CDCR-22" forms- See 8/3 and 9/12 requests) from being ensured to be included in the appeal in time for the response.

NOV 0 3 2014 Comp 2nd

B. Action requested (If you need more space, use Section B of the CDCR 602-A): That an Internal Affairs investigation look into U. Williams and HCS appeal practices overall and in my 3 appeals (HC-14050779, and unresponded to Emergency Appeal from 8/3/, and this one) and find whether cited authorities have been violated. That, therefore, HCS be ordered to

RECEIVED
I CAB
DEC 1 7 2014
HC APPEALS

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
1) 8/3 "CDCR-22" form     3) "Form-22 Return"
2) 8/12 "CDCR-22" form     4) Appeal Response and Original Appeal

COMPLETED
I CAB
FEB 2 3 2015
HC APPEALS
(2)

☐ No, I have not attached any supporting documents. Reason : _____

Inmate/Parolee Signature: _Miguel Sifut_      Date Submitted: 9/16/14

☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**        Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
   (Print Name)

Reviewer: _____ Title: _____ Signature: _____
   (Print Name)

Date received by AC: _____

| | AC Use Only Date mailed/delivered to appellant ____ / ____ / ____ |
|---|---|

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____ Date Submitted : _____

**E. Second Level - Staff Use Only**

**Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed : _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant ____ / ____ / ____

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

The response didn't "fully address" (as requested) any of the issues or relief requested. Why and how, under what authority, were they denied? What is the Hiring Authority's criteria? How is the documentation I submitted "no evidence or burden of proof of misconduct... or... violation" specifically? More than mere "disagreements" (per 1st level response) with the other 2 noted appeal, the very purpose of this appeal is to get all the related issues not only included, but also addressed. Advice to "include any pertinent documentation with (these) appeals" is nonsensical. I appeal.

Inmate/Parolee Signature: _____ Date Submitted: 11/7/14

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____ / _____
See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ____ / ____ / ____

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____ Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | PVSP HC | 1405100G | 7 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sifuentes, Miguel | 791230 | C3-239 | Physical Therapy (T/THU |

A. Continuation of CDCR 602, Section A only (Explain your issue) : In fact, the response didn't address these 4, or any, issues, only "monetary compensation." (See Appeal Response) The original appeal was written from the infirmary, while recovering, and without medical records, but nonetheless itself still put HCS on notice to these "related set of issues." [see sec. 3084.2(a)(1)]  HCS has used arbitrary, contradictory, and changing policies to block all attempts to submit in one appeal these "related set of issues" until AFTER the 8/19 appeal response due date* including: **a)** On 8/19 U. Williams of HCS returned, unanswered, the "CDCR-22" form (dated 8/8) citing this arbitrary policy: "HC correspondence should be done on the ... "GA-22" form." (See "Form 22 Return") The "GA-22" isn't dictated by any authority, is obsolete, and the "CDCR-22" IS dictated per sec. 3086(c)(3) ("whether residential or medical") - with no exception for "hc correspondence." **b)** On 8/25, that "no new issues may be added to an existing...(sic)" was used by U. Williams to again reject (now on the "GA-22") the 2 "related" issues (from the 8/8 request). **c)** Also on 8/25, however, U. Williams did respond to the other 2 issues (from the 8/12 request and on the previously rejected "CDCR-22") informally. Even this delayed response (received 9/2) still blocked these 2 issues from an appeal response, merely addressing "internally" the issue of "Notification" and dismissing the "Level II" issue as solely a "custody staff complaint." (See 8/12 request) and **d)** Contradicting the interviewer who asked, "Do you want to add anything?" i.e. add "related" issues.  **\*** per HCS own unsigned notice. (See Assignment Notice)

Inmate/Parolee Signature: *Miguel Sifuen*                Date Submitted:
9/16/14

B. Continuation of CDCR 602, Section B only (Action requested): allow all 4 "related" issues to be submitted in one appeal (the issues from the requests) and to address ALL the merits in a redecision of HC-14050779. That is, that a "modification or-der" be issued [per sec. 3084.7(i)] by D. McElroy (CEO, HCS), and that all relevant info be provided to him* and that he and/or other appropriate HCS staff respond to appeals and related requests — NOT U. Williams.  That sec. 3084.7(h) be followed for this order, i.e. "with a written response to the appeal issue providing ~~the reason(s) for each~~ the reason(s) for each decision" and fully address the relief requested." That is, a substantive response (citing relevant authority) to the LACK OF CARE described in the original appeal and 4 "related" issues, and NOT a simple repetition of the complaints or an authority-less "monetary compensation" denial. (See Appeal Response and Original Appeal -HC(14050779.)  That this order/redecision "should be completed within 30 working days...(as) the first level was bypassed." (See CCHCS, IMSP&P, Vol. 1, Ch. 12, § II.C). That this actual deadline be met, NOT like the original appeal where dates were arranged to appear "in compliance. (See Appeal Response, "received" by HCS 7/9, due date 8/19, dated 8/3, "completed" 8/13, mailed 8/21, received 9/2  **\*** and that an actual "face to face interview" be conducted [per sec. 3084.7(e)] this time as no "extraordinary circumstances" exis

Inmate/Parolee Signature: *Miguel Sifu.*                Date Submitted: 9/16/14

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

**Inmate/Parolee Signature:** _____     **Date Submitted:** _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** here precisely because these issues weren't addressed in those appeals. I have precisely and repeatedly sought to obtain and include documentation, but have been stonewalled at every turn. Hence this appeal which is also being ignored. Even the documentation I have been able to obtain has been ignored. In fact, documents were even returned by U. Williams claiming he didn't understand what I submitted them for. This written response wasn't returned with the appeal, but a copy will be provided once available.✱

The "no evidence" claim by HCS is conclusory without citing or addressing any of the evidence provided. The mere fact that U. Williams himself handled the requests as a HCS worker and then handled the appeal in his capacity as health care appeals coordinator is a conflict of interest. This alone merits "readdressing" (in reality addressing in the first instance) all the issues. ✱✱

Further, HCS own deadline again was not met and no "face to face" interview was given as requested and required. These issues weren't even mentioned in the 2nd level response. For all of these reasons the relief requested (including addressing ALL the issues presented) should be granted and a redecision/modification order issued.

✱ Please note: I was on lockdown since 11/6 to 12/5 with no library access for copies. They will be sent once access is granted. Included are the only documents (prior copies) returned to me.

✱✱ 2nd level response dated 11/3 and received on 11/13

**Inmate/Parolee Signature:** _____     **Date Submitted:** 11/7/14

 

## CALIFORNIA CORRECTIONAL
## HEALTH CARE SERVICES

**Institution Response for Second Level HC Appeal**

**Date:** November 3, 2014

**To:**    SIGUENTES, MIGUEL (T91230)
C 003 2239001UP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking/Log#:**    **PVSP HC 14051006**

**Appeal Issue:**
You state Health Care Services (HCS) has used delay tactics to prevent additional details (provided via the 8/8/14 telephone interview for HC Appeal Log# 14050779 and documented via CDCR-22 forms-See 8/8/14 and 8/12/14 requests) from being ensured to be included in the appeal in time for the response. You state the response did not address these four or any issues, only monetary compensation. (See Appeal Response) You state the original appeal was written from the infirmary, while recovering and without medical records, but nonetheless itself still put HCS on notice to these related set of issues. [See sec. 3084.2(a) (1)] You state HCS has used arbitrary, contradictory, and changing policies to block all attempts to submit in one appeal these related set of issues until after the 8/19/14 appeals response due date, including:

A)    You state on 8/19/14 U. Williams of HCS returned, unanswered, the CDCR-22 form dated 8/8/14 citing this arbitrary policy: HC correspondence should be done on the ...."GA-22" form. (See Form 22 Return) The "GA-22" isn't dictated by any authority, is obsolete, and the "CDCR-22" is dictated per sec. 3086 (c) (3) ("whether residential or medical") – with no exception for "HC correspondence."

B)    You state on 8/25/14, that "no new issues may be added to an existing...(sic)" was used by U. Williams to again reject (now on the "GA-22") the two "related" issues (from 8/8 request).

C)    You state also on 8/25/14, however, U. Williams did respond to the other 2 issues (from the 8/12 request and on the previously rejected "CDCR-22") informally. Even this delayed response (received 9/2) still blocked these two issues from an appeal response, merely addressing informally, the issue of "notification" dismissing the "Level II" issue as solely a "custody staff complaint." (See 8/12 request)

D)    You state contradicting the interviewer who asked, "Do you want to add anything?" i.e. add "related" issues.

Per HCS own unsigned notice (See Assignment Notice)



| | Issue Type | Action Requested | Disposition |
|---|---|---|---|
| Issue 1: | Staff Complaint (Healthcare Staff) | You request an investigation into U. Williams | Denied |
| Issue 2 | Appeals (Other) | You request that appeals PVSP HC 14050779, PVSP HC 14050971 and PVSP HC 14051006 be reviewed for violations, that all issues be allowed to be addressed in one appeal and that a modification order be issued, and that a redecision be given for PVSP HC 14050779. | Denied |

**Interview:**
You were interviewed on November 3, 2014, by S. Navarro, Health Care Appeals Coordinator, at Pleasant Valley State Prison (PVSP) at which time you were allowed the opportunity to explain your appeal issue. There were no barriers to effective communication.

**Response:**
The first level of review was bypassed in accordance with the California Code of Regulations (CCR), Title 15, Section 3084.7(a).

Your appeal was reviewed and evaluated by the Hiring Authority and the issue was deemed not to meet staff complaint criteria. During the review of the appeal there is no evidence or burden of proof of misconduct by staff or a violation of policy and procedure.

If you have disagreements with appeals log numbers PVSP HC 14050779, PVSP HC 14050971 and PVSP HC 14051006, these can be sent to the next higher level for further review and response. When you send them back for higher level review, please be sure to include any pertinent documentation with the appeal.

**Appeal Decision: Denied**

DONALD B. MCELROY
Chief Executive Officer
Health Care Services
Pleasant Valley State Prison

Date 11/3/14

RECEIVED
ICAB
DEC 1 2 2014
HC APPEALS

L)

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 8/19/14 | U. Williams, Health Care Services | Sifuentes | T91230 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM / TO |
|---|---|---|---|
| C3 | 239 | N/A | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM / TO |
|---|---|
| Physical Therapy (T/TH) | |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Rejecting the revised "CDCR-22" form (dated 8/8 and 8/12) because it's not the obsolete "GA-22" form is a tactic used to delay my responses from being included in the 8/19 appeal response. The "review to ensure this is not an urgent/emergent issue" was fradulent because the appeal response is due today. Your response purposely took up all eleven days from 8/8 to

---

| INTERVIEWED BY | DATE |
|---|---|
| U. Williams | 8/25/14 |

Do NOT write below this line. If more space is required, write on back.

**DISPOSITION**

No new issues may be added to an existing sub as demanding anything aside from compensation. If you are dissatisfied with your Second Level Response, fill out Section F of your appeal for Third Level Review. Please note the new mailing address Office of Third Level Appeals, Building C P.O. Box 588500 Elk Grove CA, 95758



RECEIVED
ICAB
DEC 1 2 2014
HC APPEALS

your 8/14 response and to when it was received on 8/19 (today). Nonetheless, the text of the 8
request is the following (addressed to Ms. Navarro /Health Care Services):

"Greetings. We spoke today via telephone interview for my medical appeal. I wanted to ensure
that the response includes CDCR and PVSP procedures for treatment of such injuries and
the results of an internal investigation into whether these were followed. (Beyond Dr.
Ola, this appeal also includes his supervisors and the treating physicians and nurses as
those complained against.) Further, does requesting monetary compensation dictate a
602 denial (as you said) per policy? Regardless, I still request a decision on the
merits. Thank you."

2)

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) Sifuentes | (FIRST NAME) Miguel | CDC NUMBER: T91230 | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: C3-239 | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Pending 602 Response |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Greetings. I also wanted to ensure (from the telephone interview) that these 2 "related set of issues" (per Title 15 sec 3084.2) are included in this appeal and responded to : 1) My "next of kin" were not notified of my "serious injury" (per ORPT104 - Notification and Pen. Code 5022) despite requests. The failure is by the B2 counselor, his supervisor (CCII) and any other responsible staff. 2) The B2 counselor, the B-yard captain, the CS&PR, & the CDCR is liable for my injuries and continuing health effects because I've been Level II since May 2013 and no longer level III "appropriate."

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☑ SENT THROUGH MAIL: ADDRESSED TO M.S. Navarro, Health Care Services _____ DATE MAILED 8 /12 /14
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: J. Williams | DATE: 8/25/14 | SIGNATURE: | DATE RETURNED: 8/25/14 |
|---|---|---|---|

① For anyone beside you or involved medical staff to be notified of medical information would require them to have a Release of Information form. Only people with a signed ROI form may access your medical files/records ② This is a study staff complaint and should be addressed through Custody.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

3)

STATE OF CALIFORNIA

PRISON HEALTH CARE SERVICES

Date: 8/14/14

To:  Inmate-Patient Name: _Sifuentes_

CDCR#: _T91250_

Housing: _C3-239_

From: Pleasant Valley State Prison Health Care Staff

Subject: **Form 22 Return**

You have submitted a CDCR Form 22 regarding a health issue. This form is only to be used for custody issues.

If you would like to contact medical staff, please submit a GA-22 (Request for interview) addressed to the appropriate department or staff person.

If you require health care, please submit a CDCR Form 7362 (Health Care Services Request) to the appropriate department (i.e. Dental, Medical, Mental Health).

If you would like to appeal a health issue, please complete a Patient/Inmate Health Care Appeal CDCR 602 HC (REV. 04/11).

Your issue has been reviewed to ensure this is not an urgent/emergent issue and the Form 22 is being returned to you.

U. Williams
Printed Staff Name and Title

Staff Signature

Health care correspondance should be done on the attached) GA-22 form.

RECEIVED
ICAB
DEC 12 2014
HC APPEALS

PVSP

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

**FOR STAFF USE ONLY**

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Sifuentes, Miguel | CDC Number: T91230 | Unit/Cell Number: C3-239 | Assignment: Physical Therapy T/TH |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

The Appeal Process as Applied by Health Care Services (HCS)

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): HCS has used delay tactics to prevent additional details (provided via the 8/8 telephone interview for HC Appeal Log # 14050779 and documented via "CDCR-22" forms - See 8/8 and 8/12 requests) from being ensured to be included in the appeal in time for the response.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): That an Internal Affairs investigation look into U. Williams and HCS appeal practices overall and in my 3 appeals (HC-14050779, an unresponded to Emergency Appeal from 8/31, and this one) and find whether cited authorities have been violated. That, therefore, HCS be ordered to

**Supporting Documents: Refer to CCR 3084.3.**

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

1) 8/8 "CDCR-22" form
2) 8/12 "CDCR-22" form
3) "Form-22 Return"
4) Appeal Response and Original Appeal

☐ No, I have not attached any supporting documents. Reason :

_____

Inmate/Parolee Signature: *Miguel Sifuentes*    Date Submitted: 9/16/14

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

| | AC Use Only |
|---|---|
| | Date mailed/delivered to appellant ____ / ____ / ____ |

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): Sifuentes, Miguel | CDC Number: T91230 | Unit/Cell Number: C3-239 | Assignment: Physical Therapy (T/THU) |
|---|---|---|---|

**A.** Continuation of CDCR 602, Section A only (Explain your issue) : In fact, the response didn't address these 4 issues, or any, only "monetary compensation." (See Appeal Response) The original appeal was written from the infirmary, while recovering, and without medical records, but nonetheless itself still put HCS on notice to these "related set of issues." [see sec. 3084.2(a)(1)] HCS has used arbitrary, contradictory, and changing policies to block all attempts to submit in one appeal these "related set of issues" until AFTER the 8/19 appeal response due date, including: **a)** On 8/19 U. Williams of HCS returned, unanswered, the "CDCR-22" form (dated 8/8) citing this arbitrary policy: "HC correspondence should be done on the... "GA-22" form." (See "Form 22 Return") The "GA-22" isn't dictated by any authority, is obsolete, and the "CDCR-22" IS dictated per sec. 3086(c)(3) ("whether residential or medical") – with no exception for "hc correspondence." **b)** On 8/25, that "no new issues may be added to an existing...(sic)" was used by U. Williams to again reject (now on the "GA-22") the 2 "related" issues (on the 8/8 request). **c)** Also on 8/25, however, U. Williams did respond to the other 2 issues (from the 8/12 request and on the previously rejected "CDCR-22") informally. Even this delayed response (received 9/2) still blocked these 2 issues from an appeal response, merely addressing informally the issue of "Notification" and dismissing the "Level II" issue as solely a "custody staff complaint" (See 8/12 request) and **d)** Contradicting the interviewer who asked, "Do you want to add anything?" i.e. add "related" issues.
\* per HCS own unsigned notice (See Assignment Notice)

Inmate/Parolee Signature: *Miguel Sifuentes*        Date Submitted:
9/16/14

**B.** Continuation of CDCR 602, Section B only (Action requested): allow ALL 4 "related" issues to be submitted in one appeal (the 4 issues from the requests) and to address the merits in a redecision of HC-1405O779. That is, that a "modification order" be issued [per sec. 3084.7(I)] by D. McElroy (CEO, HCS), and that all relevant info be provided to him\* and that he and/or other appropriate HCS staff respond to appeals and related requests — NOT U. Williams. That sec. 3084.7(h) be followed for this order, i.e. "with a written response to the appeal issue providing the reason(s) for each decision" and "fully address the relief requested." That is, a substantive response (citing relevant authority) to the LACK OF CARE described in "original appeal and 4 "related" issues, and NOT a simple repetition of the complaints or an authority-less "monetary compensation" denial. (See Appeal Response and Original Appeal - HC14050779.) That this order/redecision "should be completed within 30 working days...(as) the first level was bypassed." (See CCHCS, IMSP&P, Vol. 1, Ch.12, § II.C.) That this actual deadline be met, NOT like the original appeal where dates were arranged to appear "in compliance. (See Appeal Response, "received" by HCS 7/9, due date 8/19, dated 8/8, "completed" 8/18, mailed 8/21, received 8/8 \* and that an actual "face to face interview" be conducted [per sec. 3084.7(e)] this time as no "extraordinary circumstances" exist.

Inmate/Parolee Signature: *Miguel Sifuentes*        Date Submitted: 9/16/14

**1]**

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Sifuentes | Miguel | T91230 | Miguel Shutk |

| HOUSING/BED NUMBER: | ASSIGNMENT: | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|
| C3-239 | N/A | HOURS FROM / TO |

HOURS FROM / TO — Pending 602 Response

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Greetings. We spoke today via telephone interview for my medical appeal. I wanted to ensure that the response includes CDCR and PVSP procedures for treatment of such injuries and the results of an internal investigation into whether those were followed. (Beyond Dr. Ola, this appeal also includes his supervisors and the treating physicians and nurses as those complained against.) Further, does requesting monetary compensation dictate a 602 denial (as you said) per policy? Regardless, I still request a decision on the merits. Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☑ SENT THROUGH MAIL: ADDRESSED TO: Ms. Navarro / Health Care Services    DATE MAILED: 08/08/14

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|---|
| | | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | REC'D  ICAB  OCT 08 2014 |

1).

# INMATE REQUEST FOR INTERVIEW

**STATE OF CALIFORNIA**
GA-22 (9/92)

**DEPARTMENT OF CORRECTIONS**

| DATE | TO | FROM (LAST NAME) | | CDC NUMBER |
|---|---|---|---|---|
| 8/19/14 | W. Williams, Health Care Services | Sifuentes | | T9L230 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| C3 | 239 | N/A | | | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS | FROM | TO |
|---|---|---|---|---|
| Physical Therapy (T/TH) | | / | | |

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

**Clearly state your reason for requesting this interview.**

Rejecting the revised "CDCR-22" form (dated 8/8, and 8/13) because it's not the absolute "GA-22" form is a tactic used to delay my responses from being included in the 8/19 appeal response. The "review to ensure this is not an urgent/emergent issue" was fraudulent because the appeal response is **due today**. Your response purposely took up all eleven days from 8/8 to 8/19.

*Do NOT write below this line. If more space is required, write on back.*

---

**INTERVIEWED BY**
C. Williams

No new issues may be added to an existing sub as demanding anything aside from compensation. If you are dissatisfied with your Second Level Response, fill out Section F of your appeal for Third Level Review. Please note the new mailing address.

| DISPOSITION | DATE |
|---|---|
| | 8/25/14 |

(see back)

Office of Third Level Appeals, Building C
P.O. Box 588500 Elk Grove CA, 95758

*[stamp:]* RECEIVED I CAB OCT 06 2014

your 8/14 response and to when it was received on 8/19 (today). Nonetheless, the text of the EB/B ~~request~~s the following (addressed to Ms. Navarro/Health Care Services):

"Greetings. We spoke today via telephone interview for my medical appeal. I wanted to ensure that the response includes CDCR and PVSP procedures for treatment of such injuries and the results of an internal investigation into whether these were followed. (Beyond Dr. Ola, this appeal also includes his supervisors and the treating physicians and nurses as those complained against.) Further, does requesting monetary compensation **dictate** a 602 denial (as you said) per policy? Regardless, I still request a decision on the merits. Thank you. "

2)

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) Sifuentes | (FIRST NAME) Miguel | CDC NUMBER: T91230 | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: C3-239 | ASSIGNMENT: | HOURS FROM ___ / TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Pending 602 Response |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: Greetings. I also wanted to ensure (from the telephone interview) that these 2 "related set of issues" (per Title 15 sec. 3084.2) are included in this appeal and responded to: 1.) My "next of kin" were not notified of my "serious injury" (per ORPT104 - Notification and Pen. Code 5022) despite requests. The failure is by the B2 counselor, his supervisor (CC.II) and any other responsible staff. 2.) The B2 counselor, the B-yard captain, the CS & PR, & the CDCR is liable for my injuries and continuing health effects because I've been Level II since May 2013 and no longer level III "appropriate."

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: MS. Navarro, Health Care Services     DATE MAILED:
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: C. Williams | DATE: 8/25/14 | SIGNATURE: | DATE RETURNED: 8/25/14 |
|---|---|---|---|

① For anyone beside you or involved medical staff to be notified of medical information would require them to have a Release of Information form (ROI). Only people with a signed ROI form may access your medical files / records ② This is a study staff complaint and should be addressed through Custody.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

2)

ORPT104 - Notification in Case of Inmate Death, Serious Injury, or Serious Illness          Page 1 of 1

COPY

STATE OF CALIFORNIA                                                                                          CDCR

**NOTIFICATION IN CASE OF INMATE DEATH, SERIOUS INJURY, OR SERIOUS ILLNESS**

| CDC NUMBER | COMMITMENT NAME | INSTITUTION |
|---|---|---|
| T91230 | SIFUENTES, MIGUEL G. | Pleasant Valley State Prison |

The inmate shall provide accurate information to identify the next of kin and any person(s) to be notified in the event of his/her death, serious illness, or serious injury as determined by a physician. In compliance with Penal Code Section 5022, the inmate shall provide the name(s), last known address(es), and telephone number(s) of the next of kin and person(s) to be notified. The inmate shall also notify his or her assigned Correctional Counselor of changes as soon as possible. Staff shall use reasonable effort to contact the person(s) identified by the inmate based on the information provided by the inmate. Therefore, it is important that the inmate ensure the information provided is current and accurate.

| NAME OF PERSON TO NOTIFY | STREET ADDRESS | | TELEPHONE NUMBER (HOME) |
|---|---|---|---|
| GALINDO, NORMA A | 3160 AUSTIN AVE | | (559) 288-0465 |
| **RELATIONSHIP** | **CITY** | **STATE ZIP** | **TELEPHONE NUMBER (WORK)** |
| Mother | MERCED | CA  95348 | |

| NAME OF PERSON TO NOTIFY | STREET ADDRESS | | TELEPHONE NUMBER (HOME) |
|---|---|---|---|
| SIFUENTES, MIGUEL | 377 MAIN ST | | (209) 634-1274 |
| **RELATIONSHIP** | **CITY** | **STATE ZIP** | **TELEPHONE NUMBER (WORK)** |
| Father | TURLOCK | CA  95380 | |

If the inmate has a will, the inmate shall identify the personal to be contacted who possesses or has access to it. This form is not to be used as a will.

| NAME OF CONTACT FOR WILL |
|---|
| NONE |

Is inmate a foreign national?     ☐ Yes   ☑ No

This information shall be updated annually as part of the classification review process, as part of the classification committee review when the inmate is being referred to the Classification Staff Representative for program placement or transfer consideration, or whenever the inmate desires to review the information.

| DATE | INMATE'S SIGNATURE |
|---|---|
| | |

**DISTRIBUTION**
**ORIG-C-FILE**

# THIS FORM IS NOT A WILL



2)

※ Returned on 9/10, c/o M. Ruz 9-12-14

**STATE OF CALIFORNIA**
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | | FROM (LAST NAME) | CDC NUMBER |
|------|----|----|------------------|------------|
| 8/29/14 | Supervisor, Health Care Services | | Sifuentes, Miguel | T91230 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---------|-----------|-----------------|--|------------|--|
| C3 | 239 | N/A | | FROM | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

Physical Therapy

ASSIGNMENT HOURS FROM / TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

My "CDCR-22" form (dated 8/12) was not responded to. A prior "CDCR-22" form (dated 8/8)
was rejected for not being on the obsolete "GA-22" form (see enclosed "Form 22 Return") and not
responded to either even after resubmittal on the "GA-22" However, this was a delay tactic by
U. Williams to exclude my responses from inclusion in the 8/19 appeal response. (See Title 15 sec

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

DISPOSITION

OCT 0 6 2014

2)

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIO

| DATE | TO | | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|---|
| 8/29/14 | Supervisor, Health Care services | | Sifuentes, Miguel | T91230 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER | |
|---|---|---|---|---|---|
| C3 | 239 | N/A | | FROM | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

Physical Therapy (T/THU)

| ASSIGNMENT HOURS | |
|---|---|
| FROM | TO |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

My "CDCR-22" form (dated 8/12) was not responded to. A prior "CDCR-22" form (dated 8/8
was rejected for not being on the obsolete "GA-22" form (See enclosed "Form 22 Return") and no
responded to either even after resubmittal on the "GA-22." However, this was a delay tactic by
U. Williams to exclude my responses from inclusion in the 8/19 appeal response. (See Title 15

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                          DATE

DISPOSITION



3086 (c)(3)... The <sup>CDCR-22</sup> form is utilized in "Any facility... whether residential or <u>medical</u>..." ) His <sup>psuedo-</sup> response took up all eleven days between my 8/8 request and the 8/19 deadline for Health Care Services appeal response.

However, as I've yet to receive this 2nd Level response, I still require these responses so as to assure that the substance of my claims are addressed in the 2nd Level response.

The text of the 8/12 request is as follows:

"Greetings. I also wanted to ensure... (text of request completed on original)

**3)**

STATE OF CALIFORNIA

PRISON HEALTH CARE SERVICES

Date: _8/14/14_

To:   Inmate-Patient Name: _Sifuentes_

      CDCR#: _T 91230_

      Housing: _C3-239_

From: Pleasant Valley State Prison Health Care Staff

Subject: Form 22 Return

You have submitted a CDCR Form 22 regarding a health issue. This form is only to be used for custody issues.

If you would like to contact medical staff, please submit a GA-22 (Request for interview) addressed to the appropriate department or staff person.

If you require health care, please submit a CDCR Form 7362 (Health Care Services Request) to the appropriate department (i.e. Dental, Medical, Mental Health).

If you would like to appeal a health issue, please complete a Patient/Inmate Health Care Appeal CDCR 602 HC (REV. 04/11).

Your issue has been reviewed to ensure this is not an urgent/emergent issue and the Form 22 is being returned to you.

_U. Williams_
Printed Staff Name and Title

_____
Staff Signature

Health care correspondance should be done on the
(attached) GA-22 form.

I CAB
OCT 06 2014
HC APPEALS

PVSP

D) PVSP Medical Records (pages 1-23)



RECEIVED
ICAB
OCT 0 6 2014
HQ APPEALS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|---|---|---|---|
| May 29 '14 | 1309 | | S/p assault |
| | | | - facial xray          DONE |
| | | | - abdominal xray        Done |
| | | | - Im Toradol 30mg x 1 now   Done 1320 |
| | | | - Im TDap 0.5ml now   Done 1321 |
| | | | - Keflex 500mg p.o QID x 7days |
| | | | ~~MD 5 days 5 days~~ |
| | | | ~~PN 3 days~~ Wolfave √ ii gtw |
| | | | Tylenol #3  2 tabs p.o TID PRN |
| | | | pain x 10 days |
| | | | - Review Imaging |
| | | | (dcaine 1% 10 ml x ? now for sutures |
| | | | [signature]   OLA MD |
| | | | Noted 5/29/14 @ 1315  C. Feli— RN |
| | | | |
| 5-29-14 | 215pm | | Imaging Reviewed |
| | | | No fracture on facial Xray |
| | | | No foreign body on abdominal Xray |
| | | | Consider repeat abdominal xray on Monday |
| | | | [signature]  OLA MD |
| | | | Noted 5/29/14 @ 1345   C. Feli— RN |

ALLERGIES: NKDA

INSTITUTION: PVSP   CLINIC: ☒ TTA   ☐ OTMR

CDCR Number, Name (Last, First), Date of Birth, Institution/Housing

Confidential
Client information
See W & I Code, Sections 4514 and 5328

Patient (DOB): SIFUENTES, MIGUEL (6/6/1979)
PLEASANT VALLEY STATE PRISON
CDCR#: T91230
Unit#: B 002 1106001U

[stamp: 1 CAB  OCT 06 2014  HC APPEALS]

# PHYSICIAN'S ORDER
DEPARTMENT OF CORRECTIONS
AND REHABILITATION

FAXED TO ICN @ 7014
BY [illegible] @ Dec 5 12/14

FAXED TO: ☒ PHARM  ext: 7062   TIME: 13 54
☐ CLINIC  ext:   TIME:
Confidential Saved JUN 10 07 CUT 18:31:43Z

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

ORIGINAL

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|---|---|---|---|
| May 29, '14 | 1290 | | S/p assault |
| | | | - facial x-rays |
| | | | - abdominal x-ray     Give: |
| | | * | - Im Toradol 30mg x 1 now   TTA |
| | | | - Im TDap 0.5ml now |
| | | | - Keflex 500mg p.o. QID x 7 days |
| | | | - MDL 4 days - 5 days |
| | | | - PN L 2 days |
| | | | - Tylenol #3 2 tabs p.o. TID PRN |
| | | | pain x 10 days   DOT/CNF. |
| | | | - Review Images      ___ or A m |
| | | | ___ or A MD    5-29-14 |
| | | | ___ or A MD    2+1pt |
| | | | Noted 5/29/14 @ 1315   C. Ceive rd |

05-29-14 13:25 RCVD

ALLERGIES: NKDA

INSTITUTION: **PVSP**   CLINIC:   ☒ TTA   ☐ OTMR

CDCR Number, Name (Last, First), Date of Birth, Institution/Housing

Confidential
Client information
See W & I Code, Sections 4514 and
5328

Patient (DOB): SIFUENTES, MIGUEL (6/6/1979)
PLEASANT VALLEY STATE PRISON
CDCR#: T91230
Unit#: B 002 1106001U

# PHYSICIAN'S ORDER
DEPARTMENT OF CORRECTIONS
AND REHABILITATION

RECEIVED

MAY 30 2014

CDC 7221 (4/90)
STATE OF CALIFORNIA

PVSP - Health Services
FAXED TO:   ☐ PHARM   ext. 7962   TIME:
☐ CLINIC   ext   TIME:
Confidential Saved 2014-07-08T18:31:43Z

California Department of Corrections and Rehabilitation  Division of Correctional Health Care Services

Inst: _IVH_  **Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Name: _Sifuentes, M_  CDC# _T-C1230_ DOB: _3/6/79_ Date/Time _5/29/14 1145_

Fill in the blanks and check all that apply

**SUBJECTIVE:**

Chief Complaint: _s/p altercation_
Date and time of onset: _____
Pain: Scale of 0-10 (0=no pain 10=worst pain): _4/4_
  Area of pain: _R side of head, ribcheek_
  Quality of pain: _sore_
  What makes it better? _ice_
  History of prior pain / duration: _NA_
  _____

❑ Low back pain  ❑ Flank pain
Urinary symptoms: ❑ Urinary frequency  ❑ Dysuria
  ❑ Burning on urination  ❑ Hematuria
❑ Muscle spasms  ❑ Numbness  ❑ Tingling
Other: _tender_
History of chronic illness: ❑ Arthritis  ❑ Cancer
  ❑ Diabetes  ❑ Blood dyscrasias  ❑ Renal Disease
Other: _____
History of: ❑ Fever  ❑ Chills  ❑ Headache
  ❑ Nausea /Vomiting  ❑ Diarrhea  ❑ Fatigue
  ❑ Recent Trauma: Describe: _s/p altercation_
  _denies LOC_
  ❑ Other: _____

Allergies: _NKA_
Current medications: _motrin, ibuprofen (none)_

**OBJECTIVE:**

☑ Awake, alert, oriented to person, place, time
Vital signs: BP: _110/64_ Pulse: _57_ Resp: _16_  _18514_
  Temp: _98²_  ❑ Urine dipstick  _100%_
Results of dipstick / urinalysis: : _N_
  _____
Assess areas involved:
Extremity: ❑ Upper ☑ Lower ❑ Right ❑ Left
  Describe: Color: _abrasion_
  ❑ Warmth  ☑ Tenderness  ❑ Swelling:
  ❑ Deformity  ❑ Circulation  ❑ Sensation
  ❑ ROM  Describe: _R side of scalp above_
  _ear on back of head, on dorsiflexion none_
Muscle: ❑ Atrophy ❑ Hypertrophy ❑ Weakness _stab wound_
  ❑ Tremors  _ear bruising @ mid R_
  Gait / Stance (describe): _stable ambulatory_ _cheek @ level_
  _swollen_
  _under_
  _eye_

**ASSESSMENT:**

❑ Impaired physical mobility related to: _____

☑ Pain related to / evidenced: _Redness and abrasion_
  _and bump_
  _____
  _____

**PLAN:**

MD referral completed: (circle)  NO / YES  If yes:
❑ **STAT** ( Positive urine dipstick and patient has signs
  and symptoms consistent with a UTI; alterations in
  circulation or sensation, new deformity or discoloration,
  or patient appears ill or has history of fever, chills,
  headache, nausea, vomiting, or diarrhea; severe muscle
  cramps; muscle weakness with or without fever; warm or
  acutely swollen, joints)  _to TTA_
❑ Urgent  ❑ Routine
❑ Orders received by phone from POC
Physician notified (name / time) _____
Physician Responded (time) _____

**MUSCLE CRAMPS / EXTREMITY PAIN**
❑ Acetaminophen 325mg 2 tabs PO Q4-6 hours PRN
  pain while symptoms persist; not to exceed 12tabs/24hr
  OR
❑ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while
  symptoms persist; not to exceed 6 tabs/24hrs
  OR
❑ Naproxen Sodium 220mg 2 tabs PO 1st hour; 1 tab Q8-12
  hrs PRN pain while symptoms persist; not to exceed 3
  tab/24hr
❑ Activity as tolerated.

**JOINT PAIN / LOW BACK PAIN**
❑ Apply (circle one) ice or heat as appropriate.
❑ Acetaminophen 325mg 2 tabs PO  Q4-6 hours PRN
  pain while symptoms persist; not to exceed 12 tab/24hrs
  OR
❑ Ibuprofen 200mg 1-2 tabs PO Q4-6hrs PRN pain while
  symptoms persist; not to exceed 6 tab/24 hrs
  OR
❑ Naproxen Sodium 220mg 2 tabs 1st hour; 1 tab PO Q8-12
  hrs PRN pain while symptoms persist; not to exceed 3
  tab/24hrs
❑ Activity as tolerated.
❑ Treatment given per RN Protocol:

**EDUCATION:**

Patient instructed in:  ❑ Use of medications
☑ Level of activity
❑ Patient Health Care Education Forms given to patient:
  (specify) _____
❑ Resubmit a Health Care Service Request Form (CDC
  7362) if symptoms persist, deteriorate, increase in
  swelling or pain; decreased ROM or CSM; or

❑ Patient verbalized understanding of instructions

_R Hogan Rn_
Signature / Title

MAY 2 9 2014
Confidential Saved 2014-07-08T18:31:43Z

California Department of Corrections and Rehabilitation     Division of Correctional Health Care Services

Inst: _Muy_     **Encounter Form: Musculoskeletal Complaint (Non-Traumatic)**

Name: _Silvantes, Miguel_    CDC# _T-91230_    DOB: _3/6/7_    Date/Time _5/29/15_ _1145_

Fill in the blanks and check all that apply

**DISPOSITION:**

Time released _120_

☑ Condition on release: _stable / ambulatory_

☐ Returned to housing unit

☐ Housing reassignment to: _____

☐ Referred for follow-up

    ☐ Physician clinic    ☐ RN clinic

☐ Referred to higher level of care: (specify) _TTA Gn_
_eval._

Person/time contacted: _____

Time/Mode of transfer: _____

ERV contacted (time) _____

ERV arrived (time) _____

**1. Disability Code**

☐ TABE score ≤ 4.0

☐ DPH ☐ DPV ☐ LD

☐ DPS ☐ DNH

☐ DNS ☐ DPP

_12.9_

**2. Accommodation**

☑ Additional Time

☐ Equipment

☐ SLI

☐ Louder ☑ Slower

☑ Basic

☐ Transcribe

☐ Other*

**3. Effective Communication**

☑ P/I Asked Questions

☑ P/I Summed Info

**Please check one:**

☐ Not Reached*

☑ Reached

    *See Chrono/Notes

**4. Comments:**

List name(s) of RN Protocols used: _MSK_

_[signature]_
Signature / Title

PRIMARY CARE PROVIDER PROGRESS NOTE          CDCR 7230-M (08/09)

**DATE:** 05/29/2014          ☒ TTA          ☐ OTMR
**TIME:** 1229          **AGE:** 34          eUHR Present: ☒ Yes ☐ No          MAR Present: ☐ Yes ☒ No

| Temp: 98. | Pulse: 72 | BP: 117/64 | RR: 20 | Ht: 6 1 | Wt: 185 | P.OX %: 100 |
|---|---|---|---|---|---|---|

| Chief Complaint: Assault | Allergies: ☒ NKA | Signature/Title: C. Ketro rn |
|---|---|---|

**SUBJECTIVE:** 35 y/o Inmate Brought to CTC S/P Assault.
(25 pm) Numbers 3 - No comment.
No loss of consciousness. no headaches. no nausea.
sustained a 2cm (R) lower abdominal superficial
stery wound to abdomen.
multiple superficial bruises to Back, Knee
Also sustained (R) maxillary swelling.
PERRL, EOMI, mouth opening adequate

| OBJECTIVE: | | WNL* | ABN | Checking "WNL" documents that all exam elements listed in the Primary Care Provider Clinical Support dated June 11, 2009 are within | | | WNL* | ABN | | STUDY RESULTS: ↓ |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | General | ☒ | ☐ | Alert, mild pain, distress | 7 | Musculoskeletal | ☐ | ☒ | Bruises or (L) knee | |
| 2 | HEENT/Neck | ☒ | ☐ | No chest | 8 | Skin/Ext. | ☐ | ☐ | Stab | |
| 3 | Cardio | ☒ | ☐ | tenderness | 9 | Neurological | ☐ | ☐ | Site | |
| 4 | Pulmonary | ☒ | ☐ | equal chest | 10 | Psychiatric | ☐ | ☐ | (2) | |
| 5 | Abdomen | ☐ | ☒ | expansion | 11 | Rectal/Prostate | ☐ | ☐ | | |
| 6 | Genito-Urinary | ☐ | ☐ | Stery wound to | 12 | Breast/Pelvic | ☐ | ☐ | | |
| | | | | abdomen R equal | | | | | | |

**ASSESSMENT/PLAN:** For all chronic conditions list degree (G, F, P) of control and clinical trend (I, S, W)

A  S/P assault. No head injury

R  ① Tylenol #3 : 2 tabs P.O. TID PRN pain x 10 days
   ② TDAP 0.5ml Im nosa
   ③ Kerflex 500mg 1 P.O. QID x 7 days
   ④ Steristrips applied + superficial wound
      single stitch applied under sterile cover.

**PATIENT EDUCATION:** ☐ Patient able to verbalize understanding of A/P ☐ Meds ☐ Lab/Study Results ☐ Diet ☐ Exercise ☐ Wt. Mgmt. ☐ Smoking

**TABE:** ⑤ Face xray, Abdomenal xray (include lower
**Self Management Goal(s):** ribs, CXR
**Next Visit:** ___ **Days** ⑥ MDL 4 days ⑦ RNL 2 days.
**Primary Care Provider (Print Name/Title):** I. OGBUEHI, FNP
**Primary Care Provider Signature:** Dr. mo.

| 1. Disability Code | 2. Accommodation | 3.Effective Communication | |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional Time | ☐ P/I Asked Questions | Patient (DOB): SIFUENTES, MIGUEL (6/6/1979) |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment | ☐ P/I Summed Information | PLEASANT VALLEY STATE PRISON |
| ☐ DPS ☐ DNH | ☐ SLI | **Please Check One:** | CDCR#: T91230 |
| ☐ DNS ☐ DPP | ☐ Louder ☐ Slower | ☐ Not Reached* | Unit#: B 002 1106001U |
| ☐ N/A | ☐ Basic | ☐ Reached | |
| | ☐ Transcribe ☐ Other* | *See Chrono/Notes | PLEASANT VALLEY STATE PRISON |

4. Comments

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

Pleasant Valley State Prison

| | | | |
|---|---|---|---|
| **Name:** | MIGUEL SIFUENTES | **Patient ID:** | 11952914 |
| **DOB:** | 06/06/1979 | **Secondary ID:** T91230 | |
| **Exam Name:** | XR ABDOMEN-KUB \| 74000 | | |
| **Referring Physician:** A. Ola, MD | | **Exam Date:** | 05/29/2014 01:08 PM |

EXAMINATION: ABDOMEN SUPINE (3 views)

CLINICAL HISTORY: Puncture wound.

COMPARISON: None.

FINDINGS: The bowel gas pattern is within normal limits. No obvious pneumoperitoneum is identified. No soft tissue masses are seen. The visualized osseous structures are unremarkable. No radiopaque foreign body is identified.

IMPRESSION:

1. No acute intra-abdominal process identified.

**Report Electronically Signed by: D. Goller. MD**
**Report Electronically Signed on:** 05/29/2014 01:19 PM





JUN 0 4 REC'D

Confidential Saved 2014-07-08T18:31:43Z
5/29/2014

20



**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

Pleasant Valley State Prison

| | |
|---|---|
| **Name:** | MIGUEL SIFUENTES |
| **DOB:** | 06/06/1979 |
| **Exam Name:** | XR FACIAL BONES \| 70150 |
| **Referring Physician:** A. Ola, MD | |

**Patient ID:** 11952914
**Secondary ID:** T91230

**Exam Date:** 05/29/2014 01:53 PM

EXAMINATION: FACIAL BONES 4 VIEWS

CLINICAL HISTORY: Injury, pain.

FINDINGS: The visualized osseous structures appear intact. No fractures are identified. The paranasal sinuses are well aerated. No air fluid levels are seen to suggest hemorrhagic opacification.

IMPRESSION:

1. NO ACUTE OSSEOUS INJURY IDENTIFIED. IF THERE IS CLINICAL CONCERN FOR AN OCCULT FRACTURE, A CT SCAN OF THE FACIAL BONES WOULD BE RECOMMENDED FOR FURTHER EVALUATION.

**Report Electronically Signed by:** D Goller MD
**Report Electronically Signed on:** 05/29/2014 01:57 PM



JUN 0 4 REC'D

## PURPOSE OF FORM

The purpose of this form is to inform you about the surgical, diagnostic therapeutic procedure that your health care provider has recommended that you undergo. You should read the form carefully and ask questions before you decide whether or not to give your consent for this operation or procedure.

All operations and procedures may involve risks of unsuccessful results, complications, injury, or even death, from both known and unforeseen causes, and no warranty or guarantee is made as to the result or cure. You have the right to be informed of such risks as well as the nature of the operation or procedure, the expected benefits or effects of such operation or procedure, and the available alternative methods of treatment and their risks and benefits. You also have the right to be informed whether your health care provider has any independent medical research or economic interests related to the performance of the proposed operation or procedure. Except in cases of emergency, operations or procedures are not performed until you have had the opportunity to receive this information and have given your consent. You have the right to consent to or to refuse any proposed operation or procedure at any time prior to its performance.

## PROCEDURE

Your attending health care provider is: **A. OLA, MD**
This physician has recommended the following operation or procedure: **RLQ Suture repair**

Upon your authorization and consent, the operation or procedure identified above, together with any different or further procedures which, in the opinion of your health care provider, may be indicated due to any emergency, will be performed on you. The operation or procedure will be performed by the health care provider named above ( or in the event of any emergency causing his or her absence, a qualified substitute to be selected by your attending physician) together with associates and assistants, including anesthesiologists and radiologists from the medical staff to whom the health care provider may assign designated responsibilities. The persons in attendance for the purpose of performing specialized medical services such as anesthesia, radiology or pathology may not be direct employees of the institution but are independent contractors for whom the institution retains professional and administrative responsibility.

## SIGNATURE

Your signature below indicates (1) that you have read and understood the information provided in this form, (2) that you have been verbally informed about this operation or procedure, (3) that you have had a chance to ask questions, (4) that you have received all the information you desire concerning the operation or procedure, and (5) that you authorize and consent to the performance of the operation or procedure. Your signature also authorizes that pathologist to use his or her discretion in the disposition or use of any member, organ, or other tissue removed from your person during the operation(s) or procedure(s) identified above.

Patient or Legal Representative

5/29/2014 12:54 PM
Date/ Time

Witness (including Title and Relationship)

5/29/2014 12:54 PM
Date/ Time

| 1. Disability Code | 2. Accommodation | 3. Effective Communication |
|---|---|---|
| □ TABE ac sre ≤ 4.0 | □ Additional Time | □ Pt Asked Questions |
| □ DPH □ DPV □ LD | □ Equipment □BLI | □ Pt Summed Info |
| □ DPS □ DNH | □ Louder slower | Please check one: |
| □ DNS □ DPP | □ Basic | □ Not Reached |
| □ NA | □ Transcribe | □ Reached |
| TABE: 12-9 | □ Other | *See Chrono/Notes |
| 4. Comments: | | |

INTERPRETER/READER NEEDS (Complete only if needed)
□ Interpreted into:
□ Read to inmate/ patient.
Interpreted/ Read by: _____ Date:

Inmate's Signature _____ Date:

**DISTRIBUTION**    Original: Unit Health Record
Copy: Inmate- Patients

**INFORMED CONSENT TO SERGICAL, SPECIAL DIAGNOSTIC, OR THERAPIUTIC PROCEDURES**
CDC 7342 (Rev 1/00)

STATE OF CALIFORNIA        DEPARTMENT OF CORRECTIONS

CDCR NUMBER, NAME (LAST, FIRST, MI), BIRTHDATE

**Patient (DOB): SIFUENTES, MIGUEL (6/6/1979)**

PLEASANT VALLEY STATE PRISON

**CDCR#: T91230**

**Unit#: B 002 1106001U**

| DATE | TIME |
|------|------|
| 5-24-14 | 2:15pm |

Procedure Note.

Procedure : Abdominal Wound Suture

Indication : Stab Injury on yard + assault

Informed consent obtained from patient

wound cleaned and sterile drapes applied.

Anesthetics : Local lidocaine 2cc

wound explored with cotton tipped applicator

in suture set.

Finding 2cm long Stab wound.

Distal end shows possible penetration

of abdominal wall.

Xray abdomen reviewed : No foreign body.

procedure ; 2 suture (2-0 prolene) applied.

patient tolerated procedure.

Recommendation/plan.

Sings of infection discussed.

Oral Keflex 500mg qid x 10 days

Daily welfare check by RN

MD to write TTA monday.

Pain mgt.

Keep wound dry 72 hrs

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
|  |  | SIFUENTES, M |
|  |  | T 91230 |
|  |  | 6-6-79. |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

JUN 04 REC'D

Confidential Saved 2014-07-08T18:31:43Z

15

| DATE/ TIME | **Utilization Management Progress Notes** |
|---|---|
| 6/13/14 | **Patient's Name:** Sifuentes, Miguel  T91230  **Admit Date:** 5/31/2014  **Comm Hosp:** Fresno |

**Chief Complaint on Admission:** s/p assault, stab to the abdomen

**Admitting Diagnosis:** Abdominal stab wound RUQ, diaphortic, firm abd, pale

**InterQual Review:** ELOS: 3-5 days _____ Review Day #: 13 _____ Met IQ criteria: (✓)Yes ( )No

If YES, briefly summarize current clinical status: Med/surg LOC; IV Zosyn day 7/10; PO Norco; IV

Pepcid, Stapes removed at umbilicus w/copious drainage yesterday, no purulence today.

WBC trending down 12.5 today; Hgb 7.1; vss stable, afebrile; wound packing w/d; remains on

clear liquid diet (take slow due to enterotomies), encourage ambulation, recent bilat effusion

If NO, is patient on administrative day? ( ) Yes (✓) No

If yes, reason for admin day/barrier to discharge: _____

Actions to address barrier to discharge: _____

**Discharge Needs:**
( ) Medical supplies _____

( ) Durable Medical Equipment _____

(✓) Essential Medications  IV Zosyn _____

( ) Special Diet (Pureed, TPN, Renal, Hepatic, Diabetic, etc. ) _____

( ) Dialysis _____

Is patient paroling from Community Hospital? ( ) Yes (✓) No. If yes, notify DAPO/TCMP staff and provide appropriate documentation for community placement purposes.

Is patient able to return to institution? (✓) Yes ( ) No. If no, level of care upon discharge:

( )GP  ( )OHU  (✓)CTC  ( )GACH  ( )SNF  ( )LTAC     HCPOP notified: ( ) Yes (✓) No

Disability Affecting Placement: ( )DPW  ( )DPO  ( )Other TABE 12.9 _____

**Estimated Discharge Date:** 1-2 days
**Additional Comments:**
DOB 6/6/1979

EPRD Life

ASU IM

| UM NURSE T. Avila RN | BED NUMBER 5N ICU |
|---|---|

Progress Notes CDCR 7230

JUN 1 3 2014
Confidential Saved 2014-07-08T18:31:43Z

| DATE/ TIME | **Utilization Management Progress Notes** |
|---|---|
| 6/2/14 | Patient's Name: Sifuentes, Miguel   T91230   Admit Date: 5/31/2014   Comm Hosp: Fresno |

Chief Complaint on Admission: s/p assault, stab to the abdomen

Admitting Diagnosis: Abdominal stab wound RUQ, diaphoretic, firm abd, pale

InterQual Review: ELOS: 3-5 days _____ Review Day #: 1 _____ Met IQ criteria: (✓)Yes ( )No

If YES, briefly summarize current clinical status: Currently in ICU, underwent exploratory lap;

small bowel resection; right hemicolectomy; temporary abdominal closure, placement of

right subclavian triple-lumen central line; limited information received, awaiting additional

information

If NO, is patient on administrative day? ( ) Yes (✓) No

    If yes, reason for admin day/barrier to discharge:_____

    Actions to address barrier to discharge: _____

**Discharge Needs:**
( ) Medical supplies _____

( ) Durable Medical Equipment_____

( ) Essential Medications _____

( ) Special Diet (Pureed, TPN, Renal, Hepatic, Diabetic, etc. ) _____

( ) Dialysis _____

Is patient paroling from Community Hospital? ( ) Yes (✓) No. If yes, notify DAPO/TCMP staff and provide appropriate documentation for community placement purposes.

Is patient able to return to institution? (✓) Yes ( ) No. If no, level of care upon discharge:

    ( )GP   ( )OHU   (✓)CTC   ( )GACH   ( )SNF ( )LTAC   HCPOP notified: ( ) Yes (✓) No

Disability Affecting Placement: ( )DPW ( )DPO ( )Other TABE 12.9

Estimated Discharge Date: 3-5 days ___
Additional Comments:
DOB 6/6/1979

EPRD Life

ASU IM

| UM NURSE<br>T. Avila RN | BED NUMBER<br>5N ICU |
|---|---|

JUN 0 3 2014
Confidential Saved 2014-07-08T18:31:43Z

# HEALTH CARE SERVICES
## PHYSICIAN REQUEST FOR SERVICES
(To be completed by requesting Physician and forwarded to Utilization Management Unit)

| PATIENT NAME _Sifuentes, Miguel_ | | CDC NUMBER | | INSTITUTION _PVSP_ |
|---|---|---|---|---|
| DATE OF BIRTH _6/6/79_ | EPRD DATE | | GENDER | |
| PRINCIPLE DIAGNOSIS _W+ncurs_ | | ICD - 9 CODE | | CPT CODE(S) |
| REQUESTED SERVICE(S) _ms ut strngthng exrcise_ | | | | # OF DAYS RECOMMENDED |

*Please circle all that apply:* Diagnostic Procedure/Consultation    Outpatient/Inpatient    Initial/Follow-up

Requested Treatment/Service is:    **EMERGENT**    **URGENT**    (**ROUTINE**)

*For the purpose of retrospective review,* if emergent or urgent, please justify: _____

Proposed Provider: _PT_                           Anticipated Length of Stay: _____

Expected disposition (i.e.: outpatient follow-up, return to institution, transfer): _____

Medical Necessity *(briefly describe the clinical situation: the history of the illness, treatments used, pertinent lab and imaging studies, or questions for the consultant):* _____

Estimated time for service delivery, recovery, rehabilitation and follow-up: _____

Summary of preliminary or diagnostic work up, conservative treatment provided (if applicable, please provide TB code, CD4, viral load, albumin, total protein and dates within last 3 months): _____

Comments (diagrams. risk factors, prognosis, alternative management, etc.): _____

| REQUESTING PHYSICIAN PRINTED NAME | | APPROVED / AUTHORIZED / DENIED / DEFERRED BY | DATE |
|---|---|---|---|
| REQUESTING PHYSICIAN SIGNATURE | | DATE | Utilization management tracking #: |

DATE OF CONSULTATION _7/1/2014_           PRINTED NAME OF CONSULTANT _Zon Evans, PT_

FINDINGS: (S) The patient states that he simply feels "weakened" by his hospitilization following his abdominal surgery & subsequent infection. (O) The patient shows active range of motion that is custom functional limitations — with LE strength (gross) of 4/T & LE

RECOMMENDATIONS: strength of LE/S. Core strength was not tested due to abdominal sutures & bandaging. ⊙ activities of daily living are achieved independently. Gait is independent — balance is

FOLLOW-UP OR FURTHER EVALUATIONS REQUESTED: satisfactory. (A) Low, low, weakness following period of hospitilization. (P) Glass ball exercise program 3x weekly

| CONSULTANT SIGNATURE | DATE _7/1/2014_ | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|
| ETA RN SIGNATURE | DATE | Sifuentes, Miguel |
| PCP SIGNATURE | DATE | T91230 |

**Attach Progress Note page for additional information.**
**THIS FORM MUST BE RETURNED WITH THE PATIENT!!!**

DISTRIBUTION:
ORIGINAL - FILE IN UHR
GREEN    - TO UHR PENDING ORIGINAL
CANARY   - CONSULTANT
PINK     - UM
GOLD     - SPECIALTY SCHEDULER

DOB: 6-6-1979

Pleasant Valley State Prison
JUL 01 2014
Medical Records Dept

OCT 0 6 2014

# MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT |
|---|---|---|---|---|---|---|
| | | | | S. Cortez LVN | | |
| | | | | G. Padilla | | |

ACETAMINOPHEN WITH CODEINE PHOSPHATE 300 MG-30 MG TABLET
(acetaminophen-cod #3 tablet ud)
TAKE 2 TABLETS BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN FOR 10 DAYS
**DOT** CRUSH AND FLOAT

Fill Date: 5/29/2014    Orig Fill Date: 5/29/2014    Ref: 314917716-1

Days Supply: 10    Expire Date: 6/7/2014    Doctor: AK, OLA-MD

| Admin Time | 5/1 | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 | 5/9 | 5/10 | 5/11 | 5/12 | 5/13 | 5/14 | 5/15 | 5/16 | 5/17 | 5/18 | 5/19 | 5/20 | 5/21 | 5/22 | 5/23 | 5/24 | 5/25 | 5/26 | 5/27 | 5/28 | 5/29 | 5/30 | 5/31 | 6/1 | 6/2 | 6/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | |
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | |
| | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | | |

NKA

6/1/14 - Pan - Narcodex - STU
6/1/14 - pbap - Narcodex - oppsu
6/2/14 - pm/oo/ - pm orpn - STU



ASV-100y

RECEIVED
I CAB
OCT 0 6 2014
NO ABSENCES

JUN 0 5 2014

| Name: SIFUENTES, MIGUEL | Building: PVSP-B Yard Clinic | Housing | Additional Pages in Use |
|---|---|---|---|
| DOB: 6/4/1979 | CDCR #: T91230 | D-002-118000 | Yes   No |

5/29/2014 3:45:06 PM

Confidential Saved 2014-07-08T18:31:43Z

## MEDICATION ADMINISTRATION RECORD (CONTROLLED SUBSTANCE)

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| J. Reloba P | JR | C. Doucette RC | CR | H. Hockenson | | Braun WR | BW |

**ACETAMINOPHEN WITH CODEINE PHOSPHATE 300 MG-30 MG TABLET**
(acetaminophen-cod #3 (tablet ud)
TAKE 2 TABLETS BY MOUTH 3 TIMES A DAY AS NEEDED FOR PAIN FOR 10 DAYS
**DOT**(CRUSH AND FLOAT)

Fill Date: 5/29/2014   Orig Fill Date: 5/29/2014   Rx#: 294011715
Days Supply: 10   Expire Date: 6/7/2014   Doctor: AK. OLA-MD

| Admin/Time | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Am | X | X | X | X | BW cm OTM OTM | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 12 | X | X | X | BW OTM OTM OTM | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 11 | X | X | X | BW OTM OTM OTM ② | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

*** KOP *** cephALEXin 500 mg capsule
(cephalexin 500 mg capsule)

TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR
7 DAYS

Fill Date: 5/29/2014   Expire Date: 6/6/2014   Ref: 296442587

6/4/14 - Am/Noon - OTM - OW gan

6/5/14 - AM - OT M   9P LeColem JY
6/5/14 - PM - OTM   9P LeColem M
6/6/14 Am- OTM   9P LeColem JY
6/6/14 pm - OTM   9P LeColem
6/7/14 Am - OTM   9 LeColem
6/7 BW Um BTM gy

JUN 0 9 2014

I.CAB
DOT 6-4-14
6/4/-

| Name: | SIFUENTES, MIGUEL | Building: | PVSP-ASU Clinic | Housing | | Additional Pages In Use | |
|---|---|---|---|---|---|---|---|
| DOB: | 6/6/1979 | CDCR # | T91230 | Z 001 1100001LP | | Yes | No |
| Allergies: | NKA | | | | | | |

06/03/2014 09:55:18 (Database status: 06/03/2014 09:54:22)

17

## MEDICATION ADMINISTRATION RECORD

| NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL | NAME OF RN/LVN/LPT | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

*** KOP *** cephALEXin 500 mg capsule (cephalexin 500 mg capsule)
TAKE 1 CAPSULE BY MOUTH 4 TIMES A DAY FOR 7 DAYS

Fill Date: 5/29/2014     Orig Fill Date: 5/29/2014     Rx#: 296462687
Days Supply: 7     Expire Date: 6/5/2014     Doctor: AK. OLA-MD

Sign _____     Date _____

NKA



W. Nadev SRN II

MAY 3 0 2014

I CAB
OCT 0 6 2014

| Name: SIFUENTES, MIGUEL | Building: PVSP-B Yard Clinic | Housing | Additional Pages In Use |
|---|---|---|---|
| DOB: 6/6/1979 | CDCR # T91230 | B 002 1106001U | Yes     No |

5/29/2014 4:23:36 PM

19

Confidential Saved 2014-07-08T18:31:43Z

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 5/31/14 | 1620 | | Send Code 2 to San Joaquin Community Hospital |
| | | | Dx Puncture Wound to Abd. |
| | | | no IV in TTA @ this time — |
| | | | TORB Dr Ola / Harula RN |
| | | | Note d Harula RN 5/31/14 1620 |
| | | | Akinwumi OLA M.D |
| | | | JUN 0 5 2014 |

ALLERGIES: NKDA

INSTITUTION: PVSP

ROOM/WING: ASU 100

CDC NUMBER, NAME (LAST, FIRST, MI):
Sifuentes, Miguel
T91230
6/6/79

Confidential
client information
See W & I Code, Sections 4514 and
5328

TABE 12.

PHYSICIAN'S ORDERS

Confidential Saved 2014-07-08T18:34:43Z

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Date: 6/31/14  Time In: 1615  Time Out: 1730
Category: ☐ Non-Urgent  ☑ Urgent  ☐ Emergent
Allergies: NKDA

| NOTIFICATION TO | ✓ | TIME | BY | ARRIVAL TIME | DEPARTURE TIME | ✓ | PATIENT DISPOSITION | | DISCHARGE CONDITION | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|
| TTA | ☑ | 1615 | austa dg | 1616 | | | RTC | | STABLE | ☑ |
| WATCH COMM | | | | | | | OHU ADMIT | | UNSTABLE | |
| EMS | | | | | | | CTC ADMIT | ☑ via: Ambulance | CRITICAL | |
| PCP | ☑ | 1620 Di Ola | 1620 | 1623 | | | GACH ADMIT | | STATE VEHICLE | |
| SUPERVISOR | | | | | | | MH REFERRAL | ☑ | AMBULANCE CODE II | DECEASED | TIME |

CHIEF COMPLAINT: Abd pain - neck wound  INCIDENT TIME: 2/29  INCIDENT LOCATION: B yard  MODE OF ARRIVAL: Kart/WC

| RESPIRATORY | SKIN | EENT | GU | TRAUMA |
|---|---|---|---|---|
| EQUAL | PINK/NORMAL | ☑ NO COMPLAINT | ☑ NO COMPLAINT | DENIES |
| CLEAR | ☑ WARM  ☐ DRY | EYE  R  L | URGENCY | **MECHANISM OF INJURY** |
| ☑ NORMAL | ☑ MOIST/DIAPHORETIC | EAR  R  L | FREQUENCY | GSW |
| ☑ RAPID | CYANOTIC | NOSE | RETENTION | SPORTS INJURY |
| DECREASED | JAUNDICED | THROAT | HEMATURIA | ON THE JOB INJURY |
| ☑ SHALLOW | ASHEN  PALE | PAIN  REDNESS | BLADDER INCONT | ☑ ALTERCATION S/P |
| DEEP | ☑ FLUSHED | DRAINAGE | PAIN ON URINATION | FALL |
| LABORED | HOT | FOREIGN BODY | URETHRAL DISCHARGE | BURN |
| RETRACTION | MOTTLED | | FLANK PAIN ☐ R ☐ L | |
| NASAL FLARE | COOL  COLD | GI | | LAST TETANUS: |
| RHONCHI | RASH: | NO COMPLAINT | **EMOTIONAL** | OB/GYN |
| CRACKLES | **CIRCULATION** | NAUSEA  VOMITING | COOPERATIVE ☑ Y ☐ N | ☑ NOT APPLICABLE |
| HEMOPTYSIS | PULSE  R  L  R  L | DIARRHEA  CONSTIPATION | ☑ ANXIOUS | NO COMPLAINT |
| COUGH | | ☑ REBOUND  ☑ GUARDING | COMBATIVE | LMP |
| WHEEZING | | ☑ TENDERNESS | DELUSIONAL | VAGINAL DISCHARGE |
| | PRESENT  ✓ ✓ | BOWEL INCONTINENCE | HALLUCINATIONS | VAGINAL BLEEDING |
| **VISUAL ACUITY** | QUALITY  ✓ ✓ | BOWEL SOUNDS ☐ 1 ☐ 2 ☐ 3 ☐ 4 | SUICIDAL IDEATION | CRAMPING |
| OD  / | | ☑ HYPO ☐ HYPER ☐ NORMAL ☐ ABSENT | SUICIDE THREAT | FHT |
| OS  / | CAPILLARY REFILL | MELENA  RECTAL BLEED | | PREGNANT |
| CORRECTED | ☐ BRISK ☐ DELAYED | HEMATEMESIS | | G  P  AB |

**NEUROLOGICAL**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ ALERT ☑ | PERL | TIME | 1615 1730 | | | | | | |
| ☑ ORIENTED X 4 | EYE | SPONTANEOUS | 4 | 4 | 4 | 4 | 4 | 3  4  5  6  7  8 |
| LOC X  MIN | OPENING | TO VOICE | 3 | 3 | 3 | 3 | 3 | |
| CONFUSED | RESPONSE | TO PAIN | 2 | 2 | 2 | 2 | 2 | |
| DROWSY | | NONE | 1 | 1 | 1 | 1 | 1 | ● ● ● ● |
| DECREASED LOC | | ORIENTED | 5 | 5 | 5 | 5 | 5 | |
| UNCONSCIOUS | VERBAL | CONFUSED | 4 | 4 | 4 | 4 | 4 | |
| HEADACHE | RESPONSE | INAPPROPRIATE WORDS | 3 | 3 | 3 | 3 | 3 | TIME  1615 1730 |
| DIZZINESS | | INCOMPREHENSIBLE | 2 | 2 | 2 | 2 | 2 | PUPIL  R  3L SL |
| ETOH ODOR | | NONE | 1 | 1 | 1 | 1 | 1 | RESPONSE  L  SL |
| ☑ GRIPS  R 5 L 5 | MOTOR | OBEYS COMMANDS | 6 | 6 | 6 | 6 | 6 | PUPIL SIZE  R  3 2 |
| S=STRONG W=WEAK | RESPONSE | LOCALIZES PAIN | 5 | 5 | 5 | 5 | 5 | L  3 2 |
| POST-ICTAL | | WITHDRAWS FROM PAIN | 4 | 4 | 4 | 4 | 4 | |
| | | ABNORMAL FLEXION | 3 | 3 | 3 | 3 | 3 | KEY: C = CLOSED |
| | | ABNORMAL EXTENSION | 2 | 2 | 2 | 2 | 2 | B = BRISK  TABE 9 |
| | | NO MOTOR RESPONSE | 1 | 1 | 1 | 1 | 1 | F = FIXED |
| | GCS SCORE | | 15 15 | | | | | SL = SLUGGISH |

AB= ABRASION  ED= EDEMA
AMP= AMPUTATION  F= FRACTURE
B= BURN  %  H= HEMATOMA
D= DEFORMITY  L= LACERATION
E= ECCHYMOSIS  P= PUNCTURE

| VITAL SIGNS | | | | | | HT 6'1  WT 185 | | PARTICIPANTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORTHO ☑ VS | BP | P | BP | P | BP | P | NAME  Hernandez RN | TITLE | INITIALS | NAME | TITLE | INITIALS |
| TIME | T | BP | P | R | P. OX % | PAIN | | | | | | | |
| 1616 | 97 | 142/88 | 138 | 84 | 100% | 9/10 | | | | | | | |
| 1630 | 97 | 112/52 | 105 | 18 | 100% | 9/10 | | | | | | | |
| 1715 | 98 | 117/64 | 122 | 20 | 99% | 9/10 | | | | | | | |
| 1720 | 97 | Oral Temp Done | | | | | | | | | | | |

NAME: LAST, FIRST  Sifuentes, M.  CDC# T91230
DOB 6/6/79  AGE 34  TB CODE 22  INSTITUTION HSP  HOUSING HSU

Confidential - Saved 2014

STATE OF CALIFORNIA
**TRIAGE & TREATMENT SERVICES FLOW SHEET**
CDCR 7464 (04/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Date: 6/31/ Time In: 16:15 Time Out: 1730
Category: ☐ Non-Urgent ☑ Urgent ☐ Emergent
Allergies: 19KDA

| NOTIFICATION TO | ✓ | TIME | BY | ARRIVAL TIME | DEPARTURE TIME | ✓ | PATIENT DISPOSITION | | | | DISCHARGE CONDITION | ✓ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TTA | ✓ | 1615 | Custody | 1616 | | | RTC | | CORONER | | STABLE | ✓ |
| WATCH COMM | | | | | | | OHU ADMIT | | COMMUNITY HSP | ✗ | UNSTABLE | |
| EMS | | | | | | | CTC ADMIT | | via: Ambulance | | CRITICAL | |
| PCP | ✗ | 1620 | Dr Ola | 1620 | 1623 | | GACH ADMIT | | STATE VEHICLE | | | |
| SUPERVISOR | | | | | | | MH REFERRAL | | AMBULANCE CODE 11 | ✗ | DECEASED | TIME |

CHIEF COMPLAINT: Abd pain - reck wound    INCIDENT TIME 7/29    INCIDENT LOCATION Byard    MODE OF ARRIVAL Kart / WC

| RESPIRATORY | SKIN | EENT | GU | TRAUMA | |
|---|---|---|---|---|---|
| EQUAL | PINK/NORMAL | ☑ NO COMPLAINT | ☑ NO COMPLAINT | DENIES | |
| CLEAR | ☑ WARM | DRY | EYE R L | URGENCY | MECHANISM OF INJURY |
| NORMAL | ☑ MOIST/DIAPHORETIC | EAR R L | FREQUENCY | GSW |
| ☑ RAPID | CYANOTIC | NOSE | RETENTION | SPORTS INJURY |
| DECREASED | JAUNDICED | THROAT | HEMATURIA | ON THE JOB INJURY |
| ☑ SHALLOW | ASHEN PALE | PAIN REDNESS | BLADDER INCONT | ☑ ALTERCATION S/P |
| DEEP | ☑ FLUSHED | DRAINAGE | PAIN ON URINATION | FALL |
| LABORED | HOT | FOREIGN BODY | URETHRAL DISCHARGE | BURN |
| RETRACTION | MOTTLED | | FLANK PAIN ☐ R ☐ L | |
| NASAL FLARE | COOL COLD | GI | | LAST TETANUS: |
| RHONCHI | RASH: | NO COMPLAINT | EMOTIONAL | OB/GYN |
| CRACKLES | **CIRCULATION** | NAUSEA VOMITING | COOPERATIVE ☑ Y ☐ N | ☑ NOT APPLICABLE |
| HEMOPTYSIS | PULSE R L R L | DIARRHEA CONSTIPATION | ☑ ANXIOUS | NO COMPLAINT |
| COUGH | A A L L | ☑ REBOUND ☑ GUARDING | COMBATIVE | LMP |
| WHEEZING | | TENDERNESS | DELUSIONAL | VAGINAL DISCHARGE |
| PRESENT ✓ ✓ | BOWEL INCONTINENCE | HALLUCINATIONS | VAGINAL BLEEDING | |
| **VISUAL ACUITY** | QUALITY ✓ ✓ | BOWEL SOUNDS ☐ 1 ☐ 2 ☐ 3 ☐ 4 | SUICIDAL IDEATION | CRAMPING |
| OD / | | ☑ HYPO ☐ HYPER ☐ NORMAL ☑ ABSENT | SUICIDE THREAT | FHT |
| OS / | | MELENA RECTAL BLEED | | PREGNANT |
| CORRECTED | CAPILLARY REFILL ☐ BRISK ☐ DELAYED | HEMATEMESIS | | GP P AB |

**NEUROLOGICAL**

| | | TIME | 1615 1720 | | | | | 3 4 5 6 7 8 |
|---|---|---|---|---|---|---|---|---|
| ☑ ALERT | PERL | EYE OPENING RESPONSE | SPONTANEOUS | 4 | 4 | 4 | 4 | 4 |
| ☑ ORIENTED X 4 | | | TO VOICE | 3 | 3 | 3 | 3 | 3 |
| LOC X MIN | | | TO PAIN | 2 | 2 | 2 | 2 | 2 |
| CONFUSED | | | NONE | 1 | 1 | 1 | 1 | 1 |
| DROWSY | | VERBAL RESPONSE | ORIENTED | 5 | 5 | 5 | 5 | 5 |
| DECREASED LOC | | | CONFUSED | 4 | 4 | 4 | 4 | 4 |
| UNCONSCIOUS | | | INAPPROPRIATE WORDS | 3 | 3 | 3 | 3 | 3 |
| HEADACHE | | | INCOMPREHENSIBLE | 2 | 2 | 2 | 2 | 2 |
| DIZZINESS | | | NONE | 1 | 1 | 1 | 1 | 1 |
| ETOH ODOR | | MOTOR RESPONSE | OBEYS COMMANDS | 6 | 6 | 6 | 6 | 6 |
| ☑ GRIPS R 5 L 5 | | | LOCALIZES PAIN | 5 | 5 | 5 | 5 | 5 |
| S=STRONG W=WEAK | | | WITHDRAWS FROM PAIN | 4 | 4 | 4 | 4 | 4 |
| POST-ICTAL | | | ABNORMAL FLEXION | 3 | 3 | 3 | 3 | 3 |
| | | | ABNORMAL EXTENSION | 2 | 2 | 2 | 2 | 2 |
| | | | NO MOTOR RESPONSE | 1 | 1 | 1 | 1 | 1 |
| | GCS SCORE | | 15 15 | | | | | |

TIME 1615 1720
PUPIL R 3 / 5 L 5 / 5
RESPONSE
PUPIL SIZE R 3 2 L 3 2

KEY: C = CLOSED
B = BRISK
F = FIXED
SL = SLUGGISH

TABE 9.

AB= ABRASION    ED= EDEMA
AMP= AMPUTATION    F= FRACTURE
B= BURN    %    H= HEMATOMA
D= DEFORMITY    L= LACERATION
E= ECCHYMOSIS    P= PUNCTURE

| VITAL SIGNS | | | HT / | WT / 185 | | PARTICIPANTS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORTHO ✗ BP P | | P | | BP P | NAME | | TITLE | INITIALS | NAME | | TITLE | INITIALS |
| VS BP P R | | | | ✗ BP P | Haula RN | | RN | | | | | |
| TIME T BP P R P.OX % PAIN | | | | | | | | | OCT 0 6 2014 | | | |
| 1616 97 142 88 138 84 100% 9/10 | | | | | | | | | | | | |
| 1630 97 112/52 105 18 100% 9/10 | | | | | | | | | | | | |
| 1715 98 117 64 122 20 99% 9/10 | | | | | | | | | | | | |
| 1720 99 Oral Temp Done | | | | | | | | | | | | |

NAME: LAST, FIRST
Silulentes M.
DOB 6/6/79 AGE 34    TB CODE 22    INSTITUTION PVSP    HOUSING HSO 118-07

CDC# T91230

# SOAPE NOTE

Page 1 of 2

| Date | Time | S – SUBJECTIVE / CHIEF COMPLAINT: FTC Welfare check |
|------|------|---|

**SYMPTOMS:** Abd pain- firm & Distended Abd - pain 9/10 to Abd.

**ALLERGIES:** ☒NKDA  ☐ Other (+):

**MEDICATIONS:** ☒Maxor Reviewed ☐ Other: New

**PAST MEDICAL/SURGICAL HISTORY:** None

**LAST ORAL INTAKE:** Date 5/31/14  ☒Breakfast ☐ Lunch ☐ Dinner ☐ Other: oatmeal/Breakfast -water @ 1400

**EVENTS PRIOR TO EMERGENCY:** Altercation on Yard on 5/29/14

**PERIOD / QUALITY OF PAIN:** 9/10 - last Pain meds @ 1400 - T3 - 2tab

**AREA (LOCATION OF PAIN):** Abd

**INTENSITY (1-10):** 9/10

**NULLIFY (DECREASE PAIN):** garding & Distended of ABD

**MISC:** LBM Thurs 5/29 - (med hard formed)

Pain 9/10 VS - 142/88 -(138/129 HR)- 24- 97⁹ 100% / RA

**O – OBJECTIVE:** ☒✓ BP 142/52  HR: 105  R: 18  T: 97⁸  O2: 100%  HT: 6'1"  WT: 185
Oral temp 99⁷

**ORIENTATION:** ☒A&O x 4 (Person, place, time & reason) ☐ Other:

**HEENT:** ☐ WNL ☒Other: Pupils 2mm/Sluggish -

**LUNGS:** ☒CTAB ☐ Other:

**HEART:** ☐ RRR ☒Other: rapid 105 - 130 HR

**ABDOMEN:** ☐ Soft, Non-Tender, (+) Bowel Sounds x 4, Normoactive ☒Other: Abd Distended/firm/guarded
BS - Absent X4

**EXTREMITIES:** ☐ Moves All Extremities Well ☒Other: unable to walk @ this time too weak

**SKIN:** ☐ Normal, Warm, Dry ☒Other: Puspuration of son -

**GAIT:** ☐ Normal, Steady, Upright ☒Other: unsteady/weak

**MISC:** ☒Wong-Baker 10/10 ☐ Other: pain scale 9/10

**A – ASSESSMENT (Nursing Diagnosis):** R/F: Abd pain as stated by t/m 9/10
**R/T:** 
**As Evidenced By:** Distention & guarding - firm to palpation.

**P – PLAN:** ☐ Provider Evaluation ☒Other: Transfer to SJCH Code II

**E – EDUCATION (Patient Instructions):** ☒Use of Medications ☒Resubmit a Health Care Service Request Form (7362) if symptoms persist
☐ F/U with Clinic RN in 24 - 48 - 72 hours if symptoms persist ☐ Other:
Education regarding slowing breathing

| INSTITUTION: | HOUSING UNIT: | RN (Print / Initial): |
|---|---|---|
| **PVSP** | ASU 100 | Qiara RN / Arola RN  auto@1730 |

| 1. Disability Code | 2. Accommodation | 3. Effective Communication | CDCR Number, Name (Last, First), Date of Birth |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☒Additional Time | ☒✓/I Asked Questions | Sifuentes, M. |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment | ☒✓/I Summed Information | |
| ☐ DPS ☐ DNH | ☐ SLI | Please Check One: | T91230 |
| ☐ DNS ☐ DPP | ☒Louder & Slower | ☐ Not Reached* | |
| ☒N/A | ☒Basic | ☒Reached | 10/6/79 |
| TABE: 12.9 | ☐ Transcribe ☐ Other* | *See Chrono / Notes | |
| 4. Comments: | | | |

Report ca... 1812 JEFCHER

1 CAB OCT 0 6 2014

## INTERDISCIPLINARY PROGRESS NOTE

JUN 1 3 2014

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Confidential Saved 2014-07-08T18:31:43Z

# SOAPE NOTE

| Date | Time | |
|---|---|---|
| 5/31/14 | 1615 | **S – SUBJECTIVE / CHIEF COMPLAINT:** ( F/C welfare check ) |

**SYMPTOMS:** Abd Pain- firm & Distented Abd - pain 9/10 to Abd.

**ALLERGIES:** ☑NKDA ☐ Other (+):

**MEDICATIONS:** ☑Flaxor Reviewed ☐Other: Yes No

**PAST MEDICAL/SURGICAL HISTORY:** Sinus

**LAST ORAL INTAKE:** Date 5/31/14 ☐Breakfast ☐ Lunch ☐ Dinner ☐ Other: oatmeal Breakfast - water @ 1400

**EVENTS PRIOR TO EMERGENCY:** Altercation on Yard on 5/29/14

**PERIOD / QUALITY OF PAIN:** 9/10 - Last Pain Meds @ 1400 - T3- 2tab

**AREA (LOCATION OF PAIN):** Abd

**INTENSITY (1-10):** 9/10

**NULLIFY (DECREASE PAIN):** Gaurding & Distented of Abd

**MISC:** LBM Thurs 5/29 - (med hard formed)
Pain 9/10. VS - 142/88 - (138/129 HR) - 24- 97⁹ - 100% RA

**O – OBJECTIVE:** POV BP: 142 52 HR: 105 R: 18 T: 97⁸ O2: 100% HT: 6'1" WT: 185

**ORIENTATION:** ☑A&O x 4 (Person, place, time & reason) ☐ Other: Oral temp. 99⁸

**HEENT:** ☐ WNL ☑Other: Pupiles 2mm /Sluggish –

**LUNGS:** ☑STAB ☐ Other:

**HEART:** ☐ RRR ☑Other: rapid 105 - 130 HR

**ABDOMEN:** ☐ Soft, Non-Tender, (+) Bowel Sounds x 4, Normoactive ☑Other: Abd Distended /firm /gaurded BS Absent X4

**EXTREMITIES:** ☐ Moves All Extremities Well ☑Other: unable to walk @ this time too weak

**SKIN:** ☐ Normal, Warm, Dry ☑Other: pruspirating diff son –

**GAIT:** ☐ Normal, Steady, Upright ☑Other: unsteady /weak

**MISC:** ☑Wong-Baker 10 / 10 ☐Other: pain Scale 9/10 –

**A – ASSESSMENT (Nursing Diagnosis):** R/F: Abd pain as stated by Im 9/10
R/T:
**As Evidenced By:** Distention & gaurding - firm to palpation

**P – PLAN:** ☐ Provider Evaluation ☑Other: Transfer to SJGH Code I

**E – EDUCATION (Patient Instructions):** ☑Use of Medications ☐Resubmit a Health Care Service Request Form (7362) if symptoms persist
☑FU with Clinic RN in 24 – 48 – 72 hours if symptoms persist ☐Other:
Education regarding slowing breathing

| INSTITUTION: PVSP | HOUSING UNIT: ASU 100 | RN (Print / Initial): M arala RN / Arola RN | autc 1730 Reported called 1815 to FC HER |

| 1. Disability Code | 2. Accommodation | 3. Effective Communication | CDCR Number, Name (Last, First), Date of Birth |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☑Additional Time | ☑/I Asked Questions | Sifuentes, M. |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment | ☑I Summed Information | T91230 |
| ☐ DPS ☐ DNH | ☐ SLI | Please Check One: | 6/6/79 |
| ☐ DNS ☐ DPP | ☑Louder ☐ Slower | ☐ Not Reached* | |
| ☑N/A | ☑Basic | ☑Reached | |
| TABE: 12.9 | ☐ Transcribe ☐ Other* | ☐See Chrono / Notes | |
| 4. Comments: | | | |

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA

**INTERDISCIPLINARY PROGRESS NOTE**

JUN 1 3 2014
DEPARTMENT OF CORRECTIONS AND REHABILITATION
Confidential Saved 2014-07-08T18:31:43Z

| Date | Time | PROVIDER ON CALL TELEPHONE NOTE |
|------|------|----------------------------------|

**5-31-16  16:20**

S: Information per ☒ TTA ☐ CTC ☐ YARD RN: ArOla

**Significant PMH:** Assault

Inmate with history of assault & abdominal wound stab. Currently on daily welfare check. Prior abdominal xray: Negative. c/o abdominal pain worsens

☐ Med Profile reviewed with RN Keeflex

reported Vital Signs Stable.

**Allergies:** ☒ NKDA

| Reported Vital Signs- | T: | P: | R: | B/P: | O2%: | Wt: | Ht: |
|---|---|---|---|---|---|---|---|

| Reported Orthostatic Vital Signs- | LYING B/P: | P: | SITTING B/P: | P: | STANDING B/P | P: |
|---|---|---|---|---|---|---|

O: Physical findings reported by RN to on-call provider (patient not seen by on-call provider).

Exam: Mild - Mod. pain tendeness

abd: tender all over.
no bowel sound.

A:

Δ peritonitis

Rx Transfer for acute abdomen

P: Code II.

**INSTITUTION: P.V.S.P**

On-call Provider (Print Name/ Title):

On-call Provider Signature:

Confidential Client information
CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA
OUTPATIENT INTERDISCIPLINARY PROGRESS NOTE
DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR Number, Name (Last, First), Date of Birth, Institution/Housing

Sifuentes, Miguel
6 - 6 - 1979
T91230

| 1. Disability Code | 2. Accommodation | 3. Effective Communication |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional Time | ☐ P/I Asked Questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment | ☐ P/I Summed Information |
| ☐ DPS ☐ DNH | ☐ SLI | **Please Check One:** |
| ☐ DNS ☐ DPP | ☐ Louder ☐ Slower | ☐ Not Reached* |
| ☐ N/A | ☐ Basic | ☐ Reached |
| TABE: | ☐ Transcribe ☐ Other* | *See Chrono/Notes |
| 4.Comments | | |

Confidential Save ... 18:31:43Z

| MEDICATIONS GIVEN IN TTA | INITIALS | TIME | IV SOL | SITE | GAUGE | RATE | # ATTEMPTS | INITIALS | LAB/XRAY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | TOTAL AMOUNT IN: | | | | | | |

**PATIENT PROGRESS (SOAPE)**

| TIME | |
|---|---|
| 1610 | Received I/M from ASU - was w/c - c/o 9/10 Pain to Hood Abd is firm & Distended c̄ noted guarding - BS Absent - call m.d Dr Dela Order to send out Code 2, to SCH — Dejala RN |
| 1640 | See Soape — Dejala RN |
| 1730 | I/m out - Amb Team will take to Fresno Comm ER — Dejala RN |
| 1815 | Report called to RN Lizeth @ CRMC Fresno — Dejala RN |

| SUPERVISOR'S REVIEW | | | PATIENT INFORMATION | | | |
|---|---|---|---|---|---|---|
| NAME | TITLE | DATE | NAME: LAST, FIRST Sifuentes, M | | CDC# T91230 | |
| | | | DOB 6/6/79 | AGE 34 | INSTITUTION KVSP | HOUSING ASU 100 |

JUN 1 3 2014

Confidential Saved 2014-07-08T18:31:43Z

| Date | Time | |
|------|------|---|
| | | Page 2 of 2 |
| 5/31/14 | 1730 | DISPOSITION: Time of Release: 1730  RTC / Condition on Release: ☐ Stable ☐ NAD ☐ Ambulatory ☐ Other Sent |
| | | Code II to SJCH - Amb & Transfer to FCH ER |
| | | Report Called to RN L myeth _Arola_ |
| | | ADDITIONAL COMMENTS: |
| 5/31/14 | 1200 | See 7464 _Arola RN_ |
| 5/31/14 | 1730 | Ambulance & Team here to Transfer I/m |
| | | To SJCH - Transfered to FCMC ER due |
| | | to I/m Status _Arola RN_ |
| 5/31/14 | 1815 | Report Called to FCMC (CRMC) RN Lineth |
| | | _Arola RN_ |
| | | Helen Arola, RN |

| INSTITUTION: PVSP | HOUSING UNIT: ASU 100 | RN (Print / Initial): H Arola RN / Arola RN |
|---|---|---|

EFFECTIVE COMMUNICATION:
☑ Patient verbalized understanding of all communication & instructions given. Patient demonstrated understanding by repeating back instructions in his own words and by answering questions appropriately. Effective communication was positively established.

☐ Interpretation provided by: _____

ADA
Does pt have any associated, unresolved ADA issues pertinent to this encounter? ☐ Yes ☐ No
Describe: _____

CDCR Number, Name (Last, First), Date of Birth

Sifuentes, M.
T91230
6/6/79

JUN 1 3 2014

**INTERDISCIPLINARY PROGRESS NOTE**

E) Hospital Reports (pages 16-29)

RECEIVED
1 CAB
OCT 0 6 2014
HC APPEALS



CRMC

**Service Type:** Surgery
**Loc:** 5N ICU CRMC
**Admit Date:** 05/31/2014
**Discharge Date:**

T.91230   Encounter Report

**Patient:** SIFUENTES,MIGUEL
**MRN:** 02386814  **CSN:** 233202124
**DOB:** 6/6/1979 | **Age:** 34 | **Sex:** Male
**Type:** Hospital Encounter

COMMUNITY
MEDICAL CENTERS

---

### Imaging Results (06/01/14 - 06/01/14) (continued)

**CT Abdomen Pelvis W Contrast [104069279] (continued)**　　　　　Resulted: 06/01/14 2214, Result Status: Final result

pleural
effusions and bibasilar lung opacities.
6.　　Additional findings as detailed above.

**XR Portable Chest [104069243]**　　　　　Resulted: 06/01/14 1101, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Mills, Erin, MD  05/31/14 2333 | Resulted by: | Saavedra, Jeffrey E, MD |
| Performed: | 08/01/14 0400 - 06/01/14 0605 | Resulting Lab: | IMAGECAST |
| Specimen: | 06/01/14 0605 | | |
| Narrative: | SINGLE VIEW CHEST　　　　06/01/14 | | |
| | HISTORY: | | |
| | Shortness of breath. | | |
| | COMPARISON: | | |
| | 05/31/14 | | |
| | TECHNIQUE: | | |
| | One view. | | |
| | FINDINGS: | | |
| | Tubes and lines unchanged in position.  Appearance of heart and lungs | | |
| | stable. | | |
| | 7374548 | | |
| Impression: | IMPRESSION: | | |
| | No change. | | |

**1 View Chest XR Portable [104061644]**　　　　　Resulted: 06/01/14 1100, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Bauer, Stephanie, DO  05/31/14 1925 | Resulted by: | Saavedra, Jeffrey E, MD |
| Performed: | 05/31/14 1930 - 05/31/14 1930 | Resulting Lab: | IMAGECAST |
| Specimen: | 05/31/14 1930 | | |
| Narrative: | PORTABLE CHEST　　05/31/14 | | |
| | HISTORY: | | |
| | Stab wound. | | |
| | FINDINGS: | | |
| | Free air is seen underneath the diaphragm. Consolidation is seen in | | |
| | the right lower lobe which may represent a contusion or laceration. | | |
| | No definite pneumothorax. Left lung is clear. | | |
| | 7374442 | | |
| Impression: | IMPRESSION: | | |
| | Free air. | | |

**XR Portable Chest [104064519]**　　　　　Resulted: 06/01/14 1100, Result Status: Final result

| | | | |
|---|---|---|---|
| Ordering provider: | Dickens, Kristina K, CRNA  05/31/14 2217 | Resulted by: | Saavedra, Jeffrey E, MD |
| Performed: | 05/31/14 2220 - 05/31/14 2245 | Resulting Lab: | IMAGECAST |
| Specimen: | 05/31/14 2225 | | |
| Narrative: | PORTABLE CHEST　　　　05/31/14 | | |
| | HISTORY: | | |
| | Intubation. | | |
| | TECHNIQUE: | | |
| | One view. | | |
| | FINDINGS: | | |
| | ET tube is seen 5 cm above the carina.  NG tube is seen with tip in | | |
| | body of the stomach. A right subclavian line is seen with tip | | |
| | projected over the SVC. There is no pneumothorax. | | |
| | 7374516 | | |
| Impression | IMPRESSION: | | |
| | 1.　　No pneumothorax. | | |
| | 2.　　Free air is not well imaged. | | |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 12 - IMAGECAST | IMAGECAST | Unknown | Unknown | 06/03/10 1129 - Present |

## END OF IMAGING

JUN 0 2 REC'D
Confidential Saved 2014-07-08T18:31:43Z



**CRMC**

Service Type: Surgery
Loc: 5N ICU CRMC
Admit Date: 05/31/2014
Discharge Date:

T. 91230   Encounter Report

Patient: SIFUENTES,MIGUEL
MRN: 02386814   CSN: 233202124
DOB: 6/6/1979 | Age: 34 | Sex: Male
Type: Hospital Encounter

Pertinent Notes (continued)

COMMUNITY MEDICAL CENTER - Regional

AGE: 34   Male

OPERATIVE REPORT:

DATE OF SURGERY:
05/31/2014

PREOPERATIVE DIAGNOSIS:
Stab to the abdomen.

POSTOPERATIVE DIAGNOSIS:
Stab to the abdomen.

PROCEDURES PERFORMED:
1.  Exploratory laparotomy.
2.  Small bowel resection (25 cm).
3.  Right hemicolectomy.
4.  Temporary abdominal closure.
5.  Placement of right subclavian triple-lumen central line.

SURGEON:
Ricard Townsend, MD

ASSISTANT:
Erin Mills, MD/RES, R5 and Katy Ruch, MS3

ANESTHESIA:
General endotracheal anesthesia.

ESTIMATED BLOOD LOSS:
500 mL of bleeding during the case 2.5 L of old blood in the abdomen.

IV FLUIDS:
7 L crystalloid.

URINE OUTPUT:
300 mL.

I CAB
OCT 0 6 2014

JUN 0 2 REC'D
Confidential Saved 2014-07-08T18:31:43Z



**CRMC**

**T. 91230**   Encounter Report

Service Type: Surgery
Loc: 5N ICU CRMC
Admit Date: 05/31/2014
Discharge Date:

COMMUNITY
MEDICAL CENTERS

Patient: SIFUENTES,MIGUEL
MRN: 02386814   CSN: 233202124
DOB: 6/6/1979 | Age: 34 | Sex: Male
Type: Hospital Encounter

Pertinent Notes (continued)

FINDINGS:
1.  Old blood 2.5 L in the abdomen suctioned upon entry.
2.  Enterotomies x7 to the jejunum.
3.  Large bowel mesenteric laceration x2 to the right colon, which appeared nonviable.
4.  Ooze from the right retroperitoneum 1 lap pad packed in place.
5.  Small bowel resection and right hemicolectomy with bowel left in discontinuity.
6.  No evidence of other injury.
7.  Temporary abdominal closure.

SPECIMENS:
1.  Small bowel.
2.  Right colon.

COMPLICATIONS:
None apparent.

INDICATIONS:
The patient is a 34-year-old prisoner who apparently was shanked approximately 3 days ago for which he saw the prison doctor who placed 2 stitches in a small wound on the right upper quadrant anterior abdominal wall. The patient reported that he continued to have abdominal pain, but did not report back to the medic until the pain became so severe he was taken to the emergency room for evaluation. In the trauma bay, although he was mildly tachycardic, his blood pressure was normal and he had frank peritonitis. X-ray revealed free air under the diaphragm and after evaluation according to ACLS protocol, the patient was started on resuscitation and brought to the operating room for exploratory laparotomy.

PROCEDURE IN DETAIL:
The patient was brought to the operating room, laid supine. Timeout was performed. Perioperative antibiotics were administered. General endotracheal anesthesia was administered without complication by the anesthesia staff. Foley catheter was put in place. The patient was prepped and draped in the usual sterile fashion. We entered the abdomen through a midline vertical incision and came through the peritoneum, upon which there was return of old malodorous blood. This was suctioned

Confidential Saved 2014-07-08T18:31:43Z

CRMC

**Service Type:** Surgery
**Loc:** 5N ICU CRMC
**Admit Date:** 05/31/2014
**Discharge Date:**



COMMUNITY
MEDICAL CENTERS

T.a1230  Encounter Report

**Patient:** SIFUENTES,MIGUEL
**MRN:** 02386814   **CSN:** 233202124
**DOB:** 6/6/1979 | **Age:** 34 | **Sex:** Male
**Type:** Hospital Encounter

Pertinent Notes (continued)

and approximately 2.5 L total of old blood was retrieved. We then began
to systematically evaluate the abdomen and it was clear that there were
multiple enterotomies of the small bowel. We ran the small bowel from
the cecum to the ligament of Treitz and found a collection of 7
enterotomies in the mid jejunum. We then resected this portion of the
jejunum coming back to areas of small bowel that appeared clean and
viable without any injuries, coming across either end with the GIA blue
load and coming across the mesentery with clamps and ties. The right
colon had significant necrotic appearing fibrinous exudate over it and
its mesentery similarly appeared necrotic and there were at least 2
large holes in the right colon mesentery and the decision was made to
move forward with right colectomy. We started at the appendix, freeing
it up from its attachments before freeing up the right colon along the
white line of Toldt performing a medial rotation to reveal the duodenum
which appeared intact and without any injury whatsoever. We then came
across the terminal ileum with a blue load of the GIA stapler and began
to come across the mesentery of the large bowel marching up the right
colon towards the hepatic flexure. When we came to portion of the
proximal transverse colon, it was viable and without injury, we came
across this again with the blue load of the GIA stapler coming across
the final aspects of the mesentery again with clamps and ties. The
right colon was then passed off for specimen as well. The abdomen was
again suctioned and copiously irrigated with sterile fluid. The liver
was examined. There did not appear to be any liver injury. OG tube was
put in place. The small bowel was run again in its entirety to ensure
that there were no enterotomies missed, of which there appeared to be
none. We examined the pelvis, there did not appear to be any injury
there and again examined the right retroperitoneum as there had been
oozing from this area. The patient at this point had required 7 L of
crystalloid and had just started making urine. We made our decision to
perform a temporary abdominal closure, obtained scan to evaluate the
right retroperitoneum and any possible ureteral injury. There was some
oozing from the right retroperitoneum, which we packed with a single
laparotomy pad and then turned to performing our temporary abdominal
closure so that the patient could go to the intensive care unit for
continued resuscitation and evaluation. We closed the abdomen using the
ABThera temporary VAC system and then removed the dressings. This was
placed to suction at 125 with good seal. We then placed a right
subclavian triple-lumen central line using sterile technique and
Seldinger technique with good draw back and flush of all ports.

Confidential Saved 2014-07-08T18:31:43Z



**CRMC**

Service Type: Surgery
Loc: 5N ICU CRMC
Admit Date: 05/31/2014
Discharge Date:

T-91286

COMMUNITY
MEDICAL CENTERS

Encounter Report

Patient: SIFUENTES,MIGUEL
MRN: 02386814   CSN: 233202124
DOB: 6/6/1979  |  Age: 34  |  Sex: Male
Type: Hospital Encounter

Pertinent Notes (continued)

**Is this a repeat exam?  No**

Area(s) examined:  *RUQ - Morrison's pouch (CPT 76705), LUQ (CPT 76705), Pelvis (CPT 76705), Pericardial sac (CPT 93308) and Pleural space (CPT 76604).*

**Findings:**

| | | | |
|---|---|---|---|
| Fluid in Morrison's Pouch? | yes | Pleural fluid? | no |
| Fluid in pericardium? | no | Fluid in pelvis? | no |
| Fluid in splenorenal junction? | no | | |

*Impression:* Abnormal - free fluid

Images were saved as digital stills.

Attending physician was present and has reviewed images.  (-GC).

**MDM**
DDx includes but is not limited to: intraabdominal injury s/p stab wound to abdomen

Lab review: I have reviewed the patient's lab results and the pertinent lab results are

**Labs Reviewed**
**ARTERIAL BLOOD GASSES**
**CBC AND DIFFERENTIAL**
**CHEMISTRY 10 PANEL**
**PROTIME-INR**
**PTT**
**URINE DRUGS OF ABUSE SCRN**
**ALCOHOL**
**URINALYSIS**
**LACTIC ACID**
**TYPE & SCREEN**

Imaging review: I have independently interpreted the patient's xray(s). The pertinent findings are:
Chest XR: free air under diaphragm

Electrocardiogram findings: Normal sinus rhythm, no piqued T waves, no widened QRS

7:32 PM Trauma Response

**Patient Progress/Counseling**

**Patient Progress:** At this time, 11:16 PM: stable and resting comfortably.

I counseled the patient regarding lab results, imaging results and diagnosis.

**Clinical Impression**

JUN 0 2 REC'D

I CAB
OCT 0 6 2014

Confidential Saved 2014-07-08T18:31:43Z



**CRMC**

Service Type: Surgery
Loc: 5N ICU CRMC
Admit Date: 05/31/2014
Discharge Date:

T-91230

Encounter Report

Patient: SIFUENTES,MIGUEL
MRN: 02366814   CSN: 233202124
DOB: 6/6/1979 | Age: 34 | Sex: Male
Type: Hospital Encounter

---

<u>Pertinent Notes (continued)</u>

Specimen labeled and verified per policy.

Comments:

All specimen verified with Dr. Mills

Electronically Authenticated by Kwon, Ji Y. RN on 5/31/2014 9:58 PM

**H&P signed by Higginson, Sara, MD**                                                                5/31/2014 8:17 PM

| Author | Higginson, Sara, MD | Service: | Surgery | Author Type: | Resident |
|--------|---------------------|----------|---------|--------------|----------|
| Filed: | 5/31/2014 8:17 PM | Note Time: | 5/31/2014 7:49 PM | | |

## TRAUMA SURGERY HISTORY AND PHYSICAL

**Admission Date:** 5/31/2014 7:17 PM    Trauma Notification Via: <u>Trauma response</u> @ 1933

**Attending MD: Townsend, Ricard**        Time Patient Seen: 1933

### Chief Complaint
Patient presents with
• Swelling Abdomen
   *pt was stabbed on the 5/29/14 and was seen by prision doctor, pt diaphortic, firm abd, pale*

### SUBJECTIVE:

### CHIEF COMPLAINT (at time of evaluation): Abdominal pain

**Pre Hospital Vital Signs:**  SBP 112;         Pulse 116;  RR 18;          GCS 15;    LOC: negative

Time of Injury / Insult: approximately  5/29

**Mechanism of Injury**: It is reported that Miguel Sifuentes is a 34 y.o. Hispanic male patient that presented
acutely to the hospital after sustaining blunt and penetrating trauma.  Patient was assaulted in prison on
Thursday 5/29. The patient reports being kicked and punched and stabbed in right abdomen.  The patient was
seen in prison infirmary. Sutures were placed in stab wound. No other treatment reported. Patient was noted
to be minimally responsive today and was brought to CRMC by EMS for evaluation.

ICAB

OCT 0 6 2014

**Review of Systems -**

| History obtained from: | the patient |
|------------------------|-------------|
| **General ROS:** | positive for  - chills and fever |
| **Respiratory ROS:** | positive for - shortness of breath |

JUN 0 2 REC'D
Confidential Saved 2014-07-08T18:31:43Z



**CRMC**

Service Type: Surgery
Loc: 5N ICU CRMC
Admit Date: 05/31/2014
Discharge Date:

$T$-91230   Encounter Report

Patient: SIFUENTES,MIGUEL
MRN: 02386814   CSN: 233202124
DOB: 6/6/1979 | Age: 34 | Sex: Male
Type: Hospital Encounter

**Pertinent Notes (continued)**

| | |
|---|---|
| **Cardiovascular ROS:** | no chest pain or dyspnea on exertion |
| **Gastrointestinal ROS:** | positive for - abdominal pain and appetite loss |
| **Neurological ROS:** | no TIA or stroke symptoms |

*All other ROS negative and/or non-contributory*

Past Medical History:I have reviewed and confirmed the past medical history in the chart.
Past Medical History

| Diagnosis | Date |
|---|---|
| • DENIES PERTINENT MEDICAL HISTORY | |

**Social History:**

| | |
|---|---|
| **ETOH:** | denies |
| **Tobacco:** | denies |
| **THC:** | denies |
| **Other Drugs of Abuse:** | denies |
| **Victim of Domestic Violence:** | denies |
| **In Home Weapons:** | denies |

Past Surgical History

| Procedure | Laterality | Date |
|---|---|---|
| • Denies surgical history | | |

**Immunization status:** stated as current, but no records available.Patient states received tetanus on Thursday at prison.

There is no immunization history on file for this patient.

Medications: reviewed medication list in the chart

**Previous Medications**

No medications on file

**Medications Given in ED:**

Medications

sodium chloride 0.9 % bolus 1,000 mL (1,000 mLs Intravenous $Given 5/31/14 1951)
fentanyl (SUBLIMAZE) injection 50 mcg (50 mcg Intravenous $Given 5/31/14 1951)
aMPIcillin-sulbactam (UNASYN) injection 3 g (3 g Intravenous $Given 5/31/14 1951)
sodium chloride 0.9 % bolus 1,000 mL (1,000 mLs Intravenous $Given 5/31/14 2000)
sodium chloride 0.9 % bolus 1,000 mL (not administered)

**Allergies:**   reviewed allergy section in the chart;
No Known Allergies



**CRMC**

Service Type: Surgery
Loc: 5N ICU CRMC
Admit Date: 05/31/2014
Discharge Date:

T. 91230

Encounter Report

Patient: SIFUENTES,MIGUEL
MRN: 02386814   CSN: 233202124
DOB: 6/6/1979 | Age: 34 | Sex: Male
Type: Hospital Encounter

**Pertinent Notes (continued)**

**RADIOLOGY & DIAGNOSTIC STUDIES (Preliminary Wet Read)**

**Chest X-ray:** **Free air**

**Pelvis X-ray:**

**FAST:** **Positive for fluid**

**CT - HEAD:**

**CT - C-SPINE:**

**CTA- NECK:**

**CT - CHEST:**

**CT - ABD/PELVIS:**

**OTHER:**

**LABS:**

Results for orders placed during the hospital encounter of 05/31/14 (from the past 336 hour(s))
CBC AND DIFFERENTIAL

| Result | Value | Range |
|---|---|---|
| WBC | 7.1 | 4.0 - 11.0 K/uL |
| RBC | 4.02 (*) | 4.40 - 6.00 M/uL |
| HGB | 12.2 (*) | 14.0 - 18.0 g/dL |
| HCT | 35.1 (*) | 40.0 - 54.0 % |
| MCV | 87 | 80 - 99 fL |
| MCH | 30.3 | 27.0 - 34.0 pg |
| MCHC | 34.8 | 30.5 - 36.5 g/dL |
| RDW | 12.9 | 11.0 - 16.0 % |
| Platelet Count | 257.0 | 140.0 - 440.0 K/uL |
| Nucleated RBC | 0.0 | -1.0 - 0.0 /100 WBC |

CHEMISTRY 10 PANEL

| Result | Value | Range |
|---|---|---|
| Sodium | 126 (*) | 135 - 145 mmol/L |
| Potassium | 5.9 (*) | 3.5 - 5.3 mmol/L |
| Chloride | 97 (*) | 98 - 110 mmol/L |
| CO2 | 24 | 22 - 28 mmol/L |
| Anion Gap | 5 (*) | 8 - 16 mmol/L |
| Glucose | 193 (*) | 70 - 99 mg/dL |
| BUN | 39 (*) | 6 - 20 mg/dL |

JUN 0 2 REC'D
Confidential Saved 2014-07-08T18:31:43Z

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Date:** DEC 2 4 2014

**To:** SIFUENTES, MIGUEL (T91230)
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**From:** California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :**  PVSP HC 14050779

This appeal was reviewed by Inmate Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting monetary compensation.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. These records indicate:

- Monetary compensation is beyond the scope of the appeals process. If you are dissatisfied with this appeal response concerning your request for monetary compensation, you may wish to contact the California Victims-Compensation and Government Claims Board, P. O. Box 3035, Sacramento, CA 95812-3035.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

## RULES AND REGULATIONS:

The rules governing these issues are:  California Code of Regulations, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

**ORDER:**

No changes or modifications are required by the institution.

*J. Lewis*

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

PATIENT/INMATE HEALTH CARE APPEAL

CDCR 602 HC (REV. 04/11)

Side 1

| STAFF USE ONLY | | Institution: | Log #: | Category: |
|---|---|---|---|---|
| Emergency Appeal | ☐ Yes  ☑ No | PVSP HC | 14050779 | 8 |
| Signature: | Date: 7/9/14 | FOR STAFF USE ONLY | | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sifuentes, Miguel | T91230 | CTC #12 | N/A |

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
The lack of treatment prior to my emergency surgery, and aftereffects

JUL 09 2014 RECEIVED

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): On June 2, 2014 I was taken to UCSF Fresno Hospital for emergency surgery due to a perforated bowel/intestine. To be clear, I was being sent out to be examined and only at the hospital was this purpose made clear.

AUG 18 2014 Completed/Received

COMPLETED F

B. Action requested (If you need more space, use Section B of the CDCR 602-A): All applicable damages commensurate with this level of lack of care/treatment; and compensation for the adverse effects to my future health resulting from this lack of care.

I CAB

DEC 2 4 2014

HC APPEALS

☐ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

U S E

☑ No, I have not attached any supporting documents. Reason: None have yet been made available to me. Requests for my medical records are pending.

O N L Y

Patient/Inmate Signature: Miguel Sifuentes     Date Submitted: 6/30/14

☐ By placing my initials in this box, I waive my right to receive an interview.

C. First Level - Staff Use Only     Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No

This appeal has been:
☒ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) :  Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter):  Date: _____

☐ Accepted at the First Level of Review

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____     Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

| | HCAC Use Only |
|---|---|
| Date received by HCAC: _____ | Date mailed/delivered to appellant: ___/___/___ |

14050779

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE APPEAL**

Side 2

CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Patient/Inmate Signature: _____ Date Submitted: _____

| **E. Second Level - Staff Use Only** | **Staff – Check One: Is CDCR 602-A Attached?** | ☒ Yes ☐ No |
| --- | --- | --- |

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter): Date: _____

☒ Accepted at the Second Level of Review

Assigned to: _T. Clarke_ Title: _CSE_ Date Assigned: 7/9/14 Date Due: 8/19/14

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _8/8/14_ Interview Location: _Maine_

Your appeal issue is: ☐ Granted ☐ Granted in part ☒ Denied ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: _S. Navarro_ Title: _HCAC_ Signature: _____ Date completed: _____
(Print Name)

Reviewer: DONALD B. McELROY, CEO Title: _CEO_ Signature: _____
(Print Name)

Date received by HCAC: _7/9/14_

HCAC Use Only
Date mailed/delivered to appellant: 7/21/14

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038. If you need more space, use Section F of the CDCR 602-A.

My civil right to adequate health care was violated when simple diagnosis and treatment were denied. This has n't been addressed. Further details include: — The 5/29 B-yard exam was cursory (PVSP p. 13, 14) At CTC, for Dr. Ola a "no foreign body," x-ray determination was sufficient for diagnosis. (PVSP p.15) However, whether "free air" existed wasn't determined (PVSP pgs 1-23). It did exist (Hospital pgs 16, 19, 23, 24) yet no other diagnostic test given. Despite notion "possible penetration of ab wall" (PVSP p.15), Dr. Ola still "medically cleared" me for Ad-Seg in 3hr, and 20 minute. (CDL 114D) No →

Patient/Inmate Signature: _____ Date Submitted: _9/29/14_

| **G. Third Level - Staff Use Only** |
| --- |

☐ Rejected (See attached letter for instruction): Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter): Date: _____

☒ Accepted at the Third Level of Review

Your appeal is ☐ Granted ☐ Granted in part ☒ Denied ☐ Other: _____

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant DEC 2,4 2014

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Patient/Inmate Signature: _____ Date Submitted: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | PVSP HC | 14050779 | 8 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sifuentes, Miguel | T91230 | CTC #12 | N/A |

A. Continuation of CDCR 602, Section A only (Explain your issue): Here at PVSP I had gone the previous 4 (four) days without any significant examination of my abdominal injury, and much less without any significant treatment. I was initially taken to B-yard Medical where my injury was merely documented on May 29, 2014, 11:00 AM or so. I was then taken to Ad-Seg. Throughout the 4 days as my intestine leaked into my abdomen, I complained of terrible pain and was merely given Ty-lenol III (Codine), told to drink water, and to take the pills with food. This was also despite complaining that I couldn't eat at all. On May 31 I was taken (in a wheelchair) to a male and female nurse /medical staff. However they only looked at the wound and even denied my request for a back brace to minimize the pain. They suggested I use my clothes to tie around my waist. Finally, on June 2 after my complaints and no longer being able to even get out of bed, I was taken to CTC where again my wound was looked at briefly by what seemed to be a doctor in a white lab coat. The transport c/o (driver) said we had to go to Fresno because Ba-kersfield was "too far considering my condition, and several doctors noted that if I had been left here, 1 (one) more day that I would have died.

Inmate/Parolee Signature: _Miguel Sifuentes_    Date Submitted: 6/30/14

*7/9/14 RCD 2nd*
*AUG 1 8 2014 Comp 2 LW*
*COMPLETED 1 CAB DEC 2 4 2014 HC APPEALS*

B. Continuation of CDCR 602, Section B only (Action requested): Please note for 3rd Level: "Damages" were noted initially to pre-serve/exhaust the issue, not as a substitute for decision regarding the substance or merits of the complaints. I'm requesting these 4 things: 1) A "modification order" to the appeal addressing the issues/complaints 2) Specific responses to the "4 issues" listed in the 8/8 and 8/12 requests, also including: What is the "daily welfare check by RN" policy, if any? Was it followed? What is "RN protocol" (PVSP p.14)? 3) An internal affairs investigation into HCS appeal response practices (See Appeal submitted 9/16) and into HCs continued lacks of care (See unresponded to Emergency Appeal on new ab pain post op, submitted 8/31) 4) To incorporate by reference these 2 other appeals and their Action Requested as they are all on a "related set of issues."

[* Please note: This form was requested on Friday June 27, but I was told it would be available Monday, i.e. today. *]

Inmate/Parolee Signature: _Miguel Sifuentes_    Date Submitted: 6/30/14

14050779

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

Inmate/Parolee Signature: _____ Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): Substantive treatment given beyond "2 sutures" (PVSP p. 15) Dr. Oloh and RN C.Eccs deemed a "daily welfare check by RN" (PVSP p. 15), "MDL in 4-5 days," "RNL in 3 days," and a "repeat ab x-ray on Monday" (PVSP p. 2) all sufficient. ⟶ In Ad-Seg I complained to RN's at every med delivery and to c/o's of burning ab pain (8 up to 10 pain level), of being unable to eat, stand, sit, or even move. No such "daily welfare check" took place, (PV-SP pgs 1-23) and no meds were even delivered on 5/29 (PVSP p.18) to claim this as one. An "F/C Welfare Check" titles PVSP p. 6, but is incident to the "Urgent" "Triage... Flow sheet" and initiated by "custody" or "Custody," a c/o. (PVSP p. 5, and validated by my complaints to custody and the hospital's note that I was observed to be "minimally responsive," Hospital p. 25) Only then, at 16l3 on 5/31 were vitals taken, was I asked when I'd last eaten, and was it noted that I couldn't walk. (PVSP p. 5) In essence, from 1110 on 5/29 until 6/2's "MDL," a stress test was the expected "Recommendation/Plan" (PVSP p. 15), to needlessly and continually endure pains and internally bleed. Survival until 5/31, until noted by custody to be "minimally responsive" isn't a credit to HCS. I could have easily died well before. (Even the Ad-Seg visit to the unnamed male and female nurses went undocumented) ⟶ EMS transferred me to CRMC immediately due to my "status" (not SJ C H, PVSP p. 11), yet PVSP HCS didn't inform the hospital of my status after 3 days of treatment. (Hospital p. 25, "no other treatment reported.") 800 pgs of labs were run by CRMC to determine my status, diagnoses, and treatment. 23 pgs (some repetitive, PVSP) vs over 1000 (CRMC). CRMC had to perform the emergency exploratory laparotomy, removed 2.5 L of blood, removed 25 cm of small intestine and a section of colon with necrosis, and placed a nasal tube to suction out black tarish bodily wastes. (Hospital pgs 16-29). That is, had to do so to undo preventable damage caused by PVSP HCS over 2 days, 5 hours. This is all the very definition of "deliberate indifference."

Inmate/Parolee Signature: _Marigold Sefultos_ Date Submitted: 9/29/14

To whom it may concern:                                    9/29/14

Please note the 2nd Level response was received 9/4 via institu-
tional mail. In the appeal filed against HCS appeal practices it was
incorrectly noted to be received 8/30.

It has also been noted that all HCS correspondence is at least
extremely delayed, up to several weeks if received at all. (See Appeal
submitted 9/16)

Finally, the inconsistent library service has delayed copies of the many
supporting documents. They will be made and sent as soon as possible.
Thank You.

                                        Sincerely,

                                        Mizz1 Schwatz

I CAB
OCT 08 2014
APPEALS

10/2/14

To whom it may concern:

Please find enclosed the aforementioned Supporting Documents for Appeal Log # HC 14050779.

Please note that the PVSP Medical Reports were given in a random order and were numbered that way (1-23) However, to facilitate understanding and chronological order they were separated by date and type. (May 29, May 31, Miscellaneous, and Medication Administration Record.)

The supporting documents ~~that~~ are separated into the following categories:
A) 2nd Level Response
B) Emergency Appeal (submitted 8/31)
C) Appeal of HCS Appeal Practices (submitted 9/16)
D) PVSP Medical Records (pages 1-23)
E) Hospital Reports (pages 16-29)

Finally, also please note that the supporting documents cited for this 3rd Level Appeal are ~~also~~ cited and listed as supporting documents for the other 2 appeals. Thank you.

Sincerely,

Maj S Sifler

HCAB

OCT 0 6 2014

HC APPEALS

 CALIFORNIA CORRECTIONAL

# HEALTH CARE SERVICES



**Institution Response for Second Level HC Appeal**

**Date:** August 8, 2014

**To:** SIFUENTES, MIGUEL (T91230)
C 003 2239001UP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking/Log#:** PVSP HC 14050779

**Appeal Issue:**
You state on June 2, 2014 you were taken to University of California San Francisco (UCSF) Fresno hospital for emergency surgery due to a perforated bowel/intestine. You state you were being sent out to be examined, and only at the hospital was this purpose made clear. You state here at Pleasant Valley State Prison (PVSP) you had gone four days without any significant examination of your abdominal injury, and much less without any significant treatment. You state you were initially taken to B Yard medical where your injury was merely documented on May 29, 2014, at 11 A.M. or so. You state you were then taken to administrative segregation (Ad-Seg). You state throughout the four days as your intestine leaked into your abdomen, you complained of terrible pain and were merely given Tylenol 3 (codeine), told to drink water and to take the pills with food. You state this was also despite complaining that you could not eat at all. You state on May 31, you were taken (in a wheelchair) to a male and female nurse/medical staff; however, they only looked at the wound and even denied your request for a back brace to minimize the pain, and suggested you use your clothes to tie around your waist. You state finally, on June 2 after all your complaints and no longer being able to even get out of bed, you were taken to the Correctional Treatment Center (CTC) where your wound was looked at briefly by what seemed to be a doctor in a white lab coat. You state the transport correctional officer (CO) (driver) said you had to go to Fresno because Bakersfield was too far considering your condition, and several hospital doctors noted that if you would have been left here one more day that you would have died.

| Issue Type | Action Requested | Disposition |
|---|---|---|
| **Issue 1:** Other (Not Our Jurisdiction) (NOJ) | You request monetary compensation. | **Denied** |

**Interview:**
You were interviewed on August 8, 2014, by S. Navarro, Health Care Appeals Coordinator, at Pleasant Valley State Prison (PVSP) at which time you were allowed the opportunity to explain your appeal issue. There were no barriers to effective communication.

**Response:**
The first level of review was bypassed in accordance with the California Code of Regulations (CCR), Title 15, Section 3084.7(a).

During your interview, you state you wanted the twenty three pages of notes written by the doctor in CTC on May 29, 2014, and the notes from UCSF on May 31, 2014, reviewed for this appeal.

Monetary compensation is beyond the scope of the appeals process. If you are dissatisfied with this appeal response concerning your request for monetary compensation, you may wish to contact the California Victim Compensation and Government Claims Board, P. O. Box 3035, Sacramento, CA 95812-3035."

Your request for monetary compensation is denied in that monetary compensation is beyond the scope of the appeals process.

**Appeal Decision: Denied**


_____          8/18/14
DONALD B. McELROY                  Date
Chief Executive Officer
Health Care Services
Pleasant Valley State Prison



Exhibit G) Government Claim and
            "Denial"

STATE OF CALIFORNIA
EDMUND G. BROWN JR., Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

MARYBEL BATJER
Secretary
Government Operations Agency
Chairperson
BETTY T. YEE
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
JULIE NAUMAN
Executive Officer

Miguel Sifuentes T91230
San Quentin State Prison
San Quentin, CA 94974

August 28, 2015

RE: Claim G624964 for Miguel Sifuentes, T91230

Dear Miguel Sifuentes,

The Victim Compensation and Government Claims Board (Board) at its meeting on August 20, 2015 denied your application for leave to present a late claim and rejected the claim itself.

If you have questions about this matter, please mention letter reference 124 and claim number G624964 when you call or write your claim technician or analyst at (800) 955-0045 or (916) 491-3700.

cc: D-8 Attorney Generals Office
    Corrections and Rehabilitation

Ltr 124 Board Late Claim Denial

## WARNING

If you wish to file a court action on this matter, you must first petition the appropriate court for an order relieving you from the provisions of Government Code 945.4 (claims presentation requirement). See Government Code Section 946.6. Such petition must be filed with the court within six (6) months from the date your application for leave to present a late claim was denied. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately. Additionally, it is not necessary or proper to include the Victim Compensation and Government Claims Board (Board) in your court action unless the Board was identified as a defendant in your original claim. Please consult Government Code Section 955.4 regarding proper service of the summons.

## DECLARATION OF SERVICE BY U.S. MAIL

Name of Claimant: Miguel Sifuentes
VCGCB File no.: G624964

I am employed by the California Victim Compensation and Government Claims Board. I am 18 years of age or older. I am familiar with the business practice at the California Victim Compensation and Government Claims Board for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Victim Compensation and Government Claims Board is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business. On August 28, 2015, I served the attached letter by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection

system at the Victim Compensation and Government Claims Board, located at 400 R St. Sacramento, CA 95811, addressed as follows:

Miguel Sifuentes
San Quentin State Prison
San Quentin, CA 94974

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 28, 2015, at Sacramento, California.

Nicholas Wagner

May 27, 2015

To Whom it May Concern:

Re: Filing Fee

     I'm submitting the attached Trust Account Balance Sheet in order to establish indigency (less than 100 dollar balance). The Trust Account Office hasn't yet responded to my request for a certified copy. It is en route. In order to be assured of filing before the 1 year deadline, my mother (Norma Galindo) has sent a 25 dollar money order to this office in the event that it is necessary.

     If the attached Trust Account Balance Sheet is suffient, for filing while the certified copy arrives, then please return her money order. Thank You.

Sincerely,

_Miguel Sifuentes_

(Miguel Sifuentes)

Date\Time: 4/2/2015 8:58:53 AM

Institution: SQ

**CDCR**

**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|-------|-------------------|-------------|------|----------|
| T91230 | SIFUENTES, MIGUEL | SQ | A NB 3 | 075001 |

**Current Available Balance:**          $6.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|------------------|-------------|------------------|-------------|-----------------|--------|-----------------|
| 01/01/2015 | SQ | BEGINNING BALANCE | | | | $0.00 |
| 02/19/2015 | SQ | JPAY | 0000000043159335 | | $125.00 | $125.00 |
| 02/19/2015 | SQ | DIRECT ORDER PAYMENT | | | ($62.50) | $62.50 |
| 02/19/2015 | SQ | ADMINISTRATIVE FEE | | | ($6.25) | $56.25 |
| 02/27/2015 | SQ | LEGAL COPY | | | ($0.80) | $55.45 |
| 03/06/2015 | SQ | SALES | 55 | | ($49.45) | $6.00 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|------------------|------------------|--------|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|-----------------|-------------|----------------------|-----------------------------------|-----------------|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|-------------|-------------|--------|----------------------|------------------|-----------------------------------|-----------------|
| RESTITUTION FINE | H27160 | Active | $1,000.00 | $0.00 | $0.00 | $444.53 |
| DIRECT ORDER | H27160 | Active | $15,652.40 | $0.00 | ($62.50) | $14,994.09 |

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**

*(Request for Permission to Proceed In Forma Pauperis)*
**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 · www.governmentclaims.ca.gov**

**State of California**

**For Office Use Only**

**Claim No.:**

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

**Claimant Information**

**❶** Last name: Situentes    First Name: Miguel    MI: G.    **❷** Tel: /

**❸** Claim Number (if known):

**Employment Information** N/A

**❹** My occupation:

My employer:

| Employer's Mailing Address | | City | | State | Zip |
|---|---|---|---|---|---|

My spouse's or partner's employer:

| Employer's Mailing Address | | City | | State | Zip |
|---|---|---|---|---|---|

**❺** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **㉓**.

Inmate Identification Number:   T91250

**Financial Information**

**❻** I am receiving financial assistance from one or more of the following programs.   ☐ Yes   ☐ No

If no, proceed to step **❼** If yes, check all that apply, then skip to step **㉔**.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

**❼** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. |

Number:     Total Income:

If you checked a box in step **❼** A through I, complete steps **❾** through **⓯**. Then skip to step **㉔**.

**❽** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.   ☐ Yes   ☐ No

If yes, fill in steps **❾** through **㉒**.

## Monthly Income and Expenses

| **9** | My gross monthly pay is: | $ | | | **10** | My income changes each month: | | ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|

| **11** | Number of persons living in my home: | | | | | | **12** Other money I get each month |

| Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|
| **A** | | | $ | **A** | | $ |
| **B** | | | $ | **B** | | $ |
| **C** | | | $ | **C** | | $ |
| **D** | | | $ | **D** | | $ |
| **E** | | | $ | **E** | | $ |
| **F** | | | $ | **F** | | $ |

| **15** | My total gross monthly household income: | $ 0.00 | **13** Total other money: | $ 0.00 |
|---|---|---|---|---|

| **16** | My payroll deductions are: | | **14** My monthly income: | $ 0.00 |
|---|---|---|---|---|

| **A** | | $ | **E** | | $ |
|---|---|---|---|---|---|
| **B** | | $ | **F** | | $ |
| **C** | | $ | **G** | | $ |
| **D** | | $ | **H** | | $ |

| | **17** My total payroll deduction amount is: | $ 0.00 |
|---|---|---|

| **18** | My monthly take home pay is | $ 0.00 | **19** My net monthly income: | $ 0.00 |
|---|---|---|---|---|

| **20** | I own or have interest in the following property: |
|---|---|

| **A** Cash | $ | **C** Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|
| **B** Checking and savings (List banks): | | Property | Value | Loan Balance |
| 1) | $ | 1) | $ | $ |
| 2) | $ | 2) | $ | $ |
| 3) | $ | 3) | $ | $ |
| 4) | $ | **D** Real estate (List addresses) | | |
| | | 1) | $ | $ |
| | | 2) | $ | $ |

| **21** | My monthly expenses are: | | | | | | |
|---|---|---|---|---|---|---|---|
| **A** | Rent or house payment | $ | **J** Installment payments (specify) | | | |
| **B** | Food and household supplies | $ | 1) | | $ | |
| **C** | Utilities and telephone | $ | 2) | | $ | |
| **D** | Clothing | $ | 3) | | $ | |
| **E** | Laundry and cleaning | $ | Total installment payments: | | $ | 0.00 |
| **F** | Medical and dental | $ | **K** Wage assignment or withholdings | | $ | |
| **G** | Insurance | $ | **L** Spousal or child support | | $ | |
| **H** | School, child care | $ | **M** Other: | | | |
| **I** | Transportation and auto expenses | $ | 1) | | $ | |
| | | | 2) | | $ | |
| | | | Total other expenses: | | $ | 0.00 |

| **22** | | Total monthly expenses: | $ 0.00 |
|---|---|---|---|

| **23** | I have attached other information that supports this application on a separate sheet. | ☑ Yes ☐ No |
|---|---|---|

### Signature Section

| **24** | I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct. |
|---|---|

_Signature of Claimant_     5/27/15
     _Date_

VCGCB-GC-0010 8/04

## Government Claims Form
### California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

**State of California**

**For Office Use Only**
Claim No.:

## Is your claim complete?

| | |
|---|---|
| ✓ | *New!* Include a check or money order for $25 payable to the State of California. |
| ✓ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ✓ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ✓ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**❶** Last name: Sifuentes  First Name: Miguel  MI: G

**❷** Tel: /

**❸** Email: /

**❹** Mailing Address: San Quentin State Prison / 3-N-75  City: San Quentin  State: CA  Zip: 94974

**❺** Best time and way to reach you: N/A

**❻** Is the claimant under 18? ☐ Yes  ☑ No  If YES, give date of birth: MM DD YYYY

## Attorney or Representative Information

**❼** Last name: Galindo  First Name: Norma  MI: G

**❽** Tel: 559 233 0465

**❾** Email: /

**❿** Mailing Address: 1401 Belmont St.  City: Atwater  State: CA  Zip: 95301

**⓫** Relationship to claimant: Mother

## Claim Information

**⓬** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes  ☑ No

State agency that issued the warrant:  If NO, continue to Step **⓭**

Dollar amount of warrant:  Date of issue: MM DD YYYY

Proceed to Step **㉒**

**⓭** Date of Incident: 3/29/14 and ongoing

Was the incident more than six months ago? ☑ Yes  ☐ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☑ Yes  ☐ No

**⓮** State agencies or employees against whom this claim is filed:

CDC Director Jeff Beard, HCS Director, CMO (PVSP), DC Oia, other unnamed doctors and nurses

**⓯** Dollar amount of claim: 1.6 million dollars

If the amount is more than $10,000, indicate the type of civil case:
☐ Limited civil case ($25,000 or less)
☑ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

(see attached)

**16** Location of the incident:

Pleasant Valley State Prison

**17** Describe the specific damage or injury:

See Attached

**18** Explain the circumstances that led to the damage or injury:

See Attached

**19** Explain why you believe the state is responsible for the damage or injury:

See Attached

**20** Does the claim involve a state vehicle? ☐ Yes ☑ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21** N/A

*Name of Insurance Carrier*

| *Mailing Address* | *City* | *State* | *Zip* |
|---|---|---|---|

Policy Number:      Tel:

Are you the registered owner of the vehicle? ☐ Yes ☐ No

If NO, state name of owner:

Has a claim been filed with your insurance carrier, or will it be filed? ☐ Yes ☐ No

Have you received any payment for this damage or injury? ☐ Yes ☐ No

If yes, what amount did you receive?

Amount of deductible, if any:

Claimant's Drivers License Number:      Vehicle License Number:

Make of Vehicle:      Model:      Year:

Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

*Miguel Zapata*      5/27/15

*Signature of Claimant or Representative*      *Date*

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 400 R St., 5th flr, Sacramento.

## For State Agency Use Only

**24**

*Name of State Agency*      *Fund or Budget Act Appropriation No.*

*Name of Agency Budget Officer or Representative*      *Title*

*Signature*      *Date*

VCGCB-GC-002 (Rev. 8/04)

13. The late filing has come due to the following reasons:

- I have been dealing with a **continuing** pattern of health complica-
tions during my recovery (including the continued undiagnosed and untreated
abdominal pains which are the subject of another appeal - Log #
        ) as a result of HCS's lack of adequate health care
and **continued** "deliberate indifference," since 5/29 through the present day. ✱

- documents are continually not addressed, are delayed, and not returned
by Health Care Services (HCS), and have had to be resubmitted and/or
regenerated in the appeals process. (See Appeal Log #'s, PVSP HC 1405-
0779, 14051006.)

- I have unsuccessfully sought to obtain legal help to file this form and
a lawsuit. As a layperson at law, I didn't know of this 6 month
filing deadline or even initially that I had to file a Government
Claim Form. I only recently found this out as I awaited responses
to my appeals in order to exhaust my remedies. I believed that I
needed to wait for these responses first.

For these reasons I respectfully request permission to file this claim.

✱ **PLEASE NOTE:** It is past 6 months from the initial instance of this
health care failure, yes, but many more instances have followed, continuing
the pattern as described in the cited appeal. The pattern has continued, recently in doctor visits even after
the as yet unresolved appeal, which would make my filing within 6 months.

<u>15.</u> The total dollar amount of the claim is
for damages, pain and suffering, and for all future complications from the
"deliberate indifference to serious medical needs" (including intestinal scar tissue,
residual fluid/blood in lungs, continued, undiagnosed abdominal/intestinal pains and spasms,
and the unknown and unforeseen). The dollar breakdown is as follows:

(and other involved doctors)
- 1 million from Dr. Ola, for failing to provide adequate health care and
his "deliberate indifference" causing a multitude of unnecessary risks
to my life and damages to my body, and for ignoring my complaints, (then and after)

- 300,000 from PVSP Health Care Services (including attending nurses and doctors
and HCS CMO) for continued to provide inadequate healthcare, and for
continued "deliberate indifference" to abdominal pains since the
5/29 incident, and for obstruction in the appeals process. (Appeal Log# 1405-1006)
(†)total (100,000 each)

- 300,000 from Dr. Ola's direct supervisors (including PVSP's CMO), HCS
director, and Jeff Beard CDCR Director for not having a protocol/policy
in place for injuries such as mine and/or for failing to adequately
train Dr. Ola on it

- 200,000 from several unnamed nurses at PVSP (Ad-Seg) who from
5/29 - 5/31 did "medication pass," which was the supposed "welfare
check" that failed to address my welfare and internal bleeding despite
my complaints, for ignoring these complaints of terrible pain

__17.__ The specific damage or injury is, as described in Dr. Ola's 5/29 notes, a "possible penetration of abdominal wall," where only "2 sutures... (were) applied," and where only a simple "recommendation/plan" was provided as treatment until "Monday" 6/2.* No other diagnostic test or treatment was provided to address "free air" in the abdomen, any possible internal bleeding or leaking of the intestine, or any damage to other organs. I was "medically cleared" to be taken to Ad-seg within 3 hours and 20 minutes of the incident. (See CDC-114D)

I complained of increasing abdominal pain at every "daily welfare check* by RN" (in reality only a medication pass for all inmates), of not being able to eat, and of increasing difficulty moving, sitting, or being in any position at all. (See PVSP Medical Report p. 15) I was only taken to the hospital approximately 2 days and 7 hours after the incident, only after being observed by correctional staff to be "minimally responsive." (See Hospital Report p. 25)

The "deliberate indifference" and lack of care is shown numerically by the mere 23 pages of documentation generated by PVSP versus over 1000 pages from the hospital, and from the over 800 pages of lab tests run just to determine my status as PVSP didn't even inform UCSF-Fresno of my status.

I endured unnecessary pain and suffering over approximately 2 days and 7 hours where my life was put in jeopardy due to a lack of treatment, the internal loss of 2 1/2 liters of blood into my abdomen over this time, a poisoning/infection from this blood even as I bled out, and the development of necrotic sections of my intestines which had to be removed via exploratory laparotomy. (See Appeal Log # 14050T79)

\* See PVSP Medical Report p. 15

17 (continued). This was an added and even more severe physical injury than the initial stab wound. I felt, and feel, that I was left in that dark cell to die at any moment, to experience an unlimited amount of extreme physical and emotional pain and suffering no matter how much I complained or no matter how weak and unable to move I became. I felt that I was being ignored and tortured this way. I feel the same anxiety and fear to this day, and feel it at the prospect of a likely relapse and at the very prospect of having to seek medical attention from CDC or any other doctors. I feel that as my abdominal pains (after surgery), have continued to be substantively undiagnosed and untreated, I will continue to live in this fear and anxiety that I will be untreated and left to die if my intestine were to rupture or leak in any way. (See Appeal Log # 14050779)

Damage and injury has also occurred from PVSP's HCS obstructionary appeal practices, failing to provide assistance, failing to return my documents or address the issues, and therefore contributing to the above fear and anxiety. (See Appeal Log #14051006)

18. I was the victim of attempted murder at PVSP via a stab wound to the abdomen and I was not treated beyond 2 superficial sutures. (See p. 15 PVSP Medical Report and CDC 114D) There was no protocol established and/or utilized by Dr. Ola or any other involved medical staff to determine whether internal bleeding was occurring. However, despite noting that the abdominal wall was possibly perforated in his notes, Dr. Ola still chose to medically clear me.

3

19. The state is responsible because no other relevant diagnostic test was even performed to determine whether "free air" was present and whether I was internally bleeding. (See PVSP Medical Report p. 15, 25 and CDC 114D). Dr. Ola knew of this "free air" and of the possible perforation of the abdominal wall and yet still did nothing beyond a suture. This lack of treatment is "deliberate indifference" and directly caused all the subsequent damage and injury. Otherwise, I would have been correctly diagnosed and treated with the internal bleeding through the perforated bowels, and the early necrosis could have been minimized by having been treated immediately.

Further, the state is responsible for the jeopardy to my life and lingering effects on my ability to work and support my family in the event of my release. My criminal conviction was overturned in December 2013 and I am awaiting a possible release date.

Exhibit H) Requests for Treatment

STATE OF CALIFORNIA

**NOTIFICATION OF DIAGNOSTIC TEST RESULTS**

CDCR 7393 (Rev. 03/07)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

| NAME | CDC NUMBER |
|---|---|
| INSTITUTION | HOUSING |
| TYPE OF TEST | DATE OF TEST |

**YOUR TEST RESULTS HAVE BEEN EVALUATED BY A PHYSICIAN AND THE FOLLOWING HAS BEEN DETERMINED:**

☑ Your test results are essentially within normal limits or are unchanged and no physician follow up is required.

☐ You are being scheduled for a follow up medical appointment. You will be receiving a ducat indicating your appointment time.

☐ A repeat test will be ordered. You will be ducated for this test.

☐ A chronic care appointment has been scheduled for you. You will be receiving a ducat indicating your appointment time.

PRINTED NAME / TITLE

PRIMARY CARE PROVIDER SIGNATURE                                           DATE

ORIGINAL - File in UHR                CANARY - Scheduler                PINK - Patient

1795136

# HEALTH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME: Miguel Sifuentes | CDC NUMBER: T91230 | HOUSING: C3-239 |
|---|---|---|

| PATIENT SIGNATURE: Miguel Sifuente | DATE: 9/23/14 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) Abdominal pains have continued for several weeks now, still undiagnosed. Dr. Fichine prescribed Antacid pills but they're ineffective. He said that I should submit a request to be seen if the pains persisted so that I could be seen by a specialist. My Emergency Appeal (submitted 9/3) on this issue) hasn't been responded to. I request again to see a specialist in abdominal post-op complications.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM.*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Health Care Appeal Assignment Notice**
**Second Level HC Appeal**

**Date:** 12/22/2014

**To:** SIFUENTES, MIGUEL (T91230)
C 003 2239001UP
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

**Tracking/Log #:** PVSP HC 14050971
**Appeal Level:** Second
**Due Date:** 2/4/2015

This acts as a notice to you that your appeal has been assigned to the Health Care Appeals Office for response. If you have any questions, please contact the Health Care Appeals Coordinator at your institution.

If you require further medical assistance, please use the "sick call" process by completing a Health Care Services Request form, CDC 7362, to request an appointment with a clinician to address your concerns.

Health Care Appeals Office
Pleasant Valley State Prison

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

1798972

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☑  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Miguel Sifuentes

CDC NUMBER: T91230

HOUSING: C3-239

PATIENT SIGNATURE: *Miguel Sifuentes*

DATE: 1/23/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Recurring headaches, intermittent blurry vision, pain in right side of head. Request MRI. Ab pains have continued undiagnosed.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:　　MEDICAL ☑　　MENTAL HEALTH ☐　　DENTAL ☐　　MEDICATION REFILL ☐

| NAME Miguel Sifuentes | CDC NUMBER T9123) | HOUSING C3-239 |
|---|---|---|

PATIENT SIGNATURE *Miguel S.I.F.*　　　　DATE 1/23/15

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

I recently tested positive for valley fever. I'm requesting a blood test to determine my exposure level.

Thank You

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)