UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL G. SIFUENTES,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. OLA, et al.,<br><br>           Defendants. | 1:16-cv-00241-DAD-GSA PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS**<br><br>**(ECF No. 54.)** |

On May 28, 2021, defendant Dr. Ola filed a motion for summary judgment. (ECF No. 54.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion for summary judgment. Plaintiff's failure to comply with this order may result in a recommendation that this case be dismissed in its entirety.

IT IS SO ORDERED.

Dated:   **October 1, 2021**                **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE