FILED

NOV 12 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MIGUEL G. SIFUENTES**<br>Plaintiff,<br><br>**DR. OLA, et al.,**<br>Defendants. | Case No. 1:16-cv-00241-DAD-GSA PC<br><br>**REQUEST FOR 60 DAY EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

In 2015, Plaintiff, Miguel G. Sifuentes, filed a U.S.C. sec. 1983 civil rights petition. He has been proceeding in his case, pro se, conducting all of the filings himself. Over the course of the prior year and a half, this case and the relevant proceedings have been delayed on the court's docket by the worldwide COVID-19 pandemic.

Plaintiff received the court's "Order Requiring Plaintiff to File Opposition or Statement of Non-Opposition to Defendant's Motion for Summary Judgment Within 30 Days" on October 6, 2021. Plaintiff does certainly oppose defendant's motion for summary judgment and requests a 60-day extension of time in order to now prepare the necessary filing with and/or through an attorney. Plaintiff is working diligently to secure assistance given his current situation and

commitments. He has contacted several attorneys in this effort. One suffered a family emergency late last week and cannot currently handle the case. The other, cannot do so at this time also given the short time frame. Lastly, Plaintiff was locked down from October 29- November 3, 2021 and could not meet with or even call any attorney at all.

Over the course of the last year and a half, Plaintiff has continued to deal with the following:

- the "worst epidemiological disaster in California correctional history" and the conditions of solitary confinement [tentative ruling by Judge Howard in Hall (Von Staich), Marin County Superior Court], in which plaintiff was a testifying witness in June of 2021
- having contracted COVID-19 with the constant risk of becoming re-infected in San Quentin
- assisting with several filings in preparation for and in response to a hearing under Senate Bill 1437
- the overall impacts of prolonged, multi-faceted stress

Over the last month, Plaintiff had not yet responded to defendant's motion for summary judgment as he was preparing intensely for a psychological evaluation by a state forensic psychologist for a "Comprehensive Risk Assessment" interview the last week of September. The subsequent report was completed on October 14, 2021 and is used by the Board of Parole

Hearings in order to determine the likelihood of future violence if paroled and suitability for parole. In response, plaintiff is currently preparing for his December 28, 2021 hearing before the Board of Parole Hearings at which his liberty is at stake.

For all of these reasons, Plaintiff respectfully requests the aforementioned 60-day extension of time in order to comply with this court order and to file Plaintiff's opposition motion.

Respectfully Submitted,

*Miguel Sifuentes*
MIGUEL G. SIFUENTES
Plaintiff.