UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL G. SIFUENTES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DR. OLA, et al.,<br><br>　　　　　Defendants. | 1:16-cv-0241-DAD-GSA (PC)<br><br>**ORDER STRIKING DOCUMENT FOR LACK OF SIGNATURE**<br><br>**(Doc. No. 67.)** |

Miguel G. Sifuentes ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2022, Plaintiff filed a document titled "Motion for a 30 Day Extension of Time, or in the Alternative, Protective Motion in Opposition to Defendants' Motion to Dismiss/ for Summary Judgment with a Request to Re-Open Discovery." (Doc. No. 67.) The document is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY ORDERED that Plaintiff's document, filed on March 14, 2022, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

　Dated:　**March 15, 2022**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE