# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL G. SIFUENTES,<br><br>    Plaintiff,<br><br>v.<br><br>DR. OLA, et al.,<br><br>    Defendants. | 1:16-cv-00241-DAD-GSA PC<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO SUPPLEMENT HIS OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**<br><br>**DEFENDANT'S REPLY, IF ANY, TO PLAINTIFF'S OPPOSITION IS DUE TEN DAYS LATER, PURSUANT TO THIS ORDER** |

On April 28, 2022, District Judge Dale A. Drozd issued an order referring this case back to the undersigned for consideration of Plaintiff's "in the alternative" opposition to Defendant's motion for summary judgment, and to set a deadline for Defendant to file a reply, if any, to Plaintiff's opposition. (ECF No. 74 at 3:24.) Accordingly, Plaintiff's "in the alternative" opposition, submitted by Plaintiff to the Court on March 30, 2022, is accepted for consideration by the court as an opposition to Defendant's motion for Summary Judgment . (ECF No. 70 at 3-10.)

However, if Plaintiff so wishes, he may supplement his opposition and file the supplemented opposition with the Court within twenty days of the date of service of this order.

If Plaintiff does not file a supplemented opposition by the deadline, this case shall proceed with Plaintiff's "in the alternative" opposition submitted on March 30, 2022.

Defendant's reply, if any, to Plaintiff's opposition is due within ten days of the date Plaintiff's supplemental opposition is filed.  If Plaintiff does not file a supplemental opposition, Defendant may file a reply to the "alternative" opposition (ECF No. 70) within ten days of the date the supplemental opposition was due.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff is granted leave to file a supplemental opposition to Defendant's motion for summary judgment within twenty days of the date of service of this order; and

2. Defendant's reply to Plaintiff's opposition, if any, is due within ten days of the date the supplemental opposition is filed, or if Plaintiff does not file a supplemental opposition, within ten days of the date the supplemental opposition was due.

IT IS SO ORDERED.

Dated:   **April 29, 2022**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE